Keith Beauchamp (012434)
Shelley Tolman (030945)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5488
kbeauchamp@cblawyers.com
stolman@cblawyers.com

Norma Ventura (admitted *pro hac vice*)
Gillian Gillers (admitted *pro hac vice*)
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
gillian.gillers@splcenter.org

[Additional Counsel Listed on Signature Page]

*Counsel for Plaintiffs*

Philip D. MacWilliams
Theodore W. Atkinson
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
T:  (202) 616-4285
phil.macwilliams@usdoj.gov
theodore.atkinson@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV20-00065-PHX-SRB <br><br> **JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER** |

{00512761.1 }

The parties jointly move for entry of a protective order (filed together with this motion) pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to govern the disclosure, use, and handling by the parties of confidential information in this action (the "Proposed Protective Order"). As fully set forth in the Proposed Protective Order, disclosure and discovery in this action will likely involve the production of confidential, personal and private information pertaining to plaintiffs and witnesses including, but not limited to, personally identifiable information, health information, immigration-related information and other information protected by the Privacy Act of 1974, 5 U.S.C. § 552a. Disclosure and discovery in this action will also likely involve confidential information about Defendant's law enforcement or national security staffing, resources and/or methods—the release of which to the public may adversely impact identifiable law enforcement or national security interests—as well other information in Defendant's possession that is protected or restricted from disclosure by a number of statutes and regulations, as detailed in the Proposed Protective Order. *See* Section A(2) of the Proposed Protective Order. The parties therefore agree that good cause exists for such information to be protected from unnecessary disclosure.

The Proposed Protective Order addresses the requirements of LRCiv 5.6, which states that parties are not automatically permitted to file documents under seal. *See* Section B(8) of the Proposed Protective Order.

The parties therefore request that the Court issue the parties' Proposed Protective Order accompanying this joint motion.

Respectfully submitted this 2nd day of September, 2020.

U.S. DEPARTMENT OF JUSTICE

By <u>s/ Philip D. MacWilliams (w/ permission)</u>
  Philip D. MacWilliams
  Theodore W. Atkinson

*Counsel for the United States of America*

COPPERSMITH BROCKELMAN PLC

By  s/ Keith Beauchamp
   Keith Beauchamp
   Shelley Tolman

SOUTHERN POVERTY LAW CENTER
   Norma Ventura*
   Gillian Gillers*

SOUTHERN POVERTY LAW CENTER
   Paul R. Chavez*
   P.O. Box 370037
   Miami, FL 33137
   Telephone: (786) 347-2056
   paul.chavez@splcenter.org

COVINGTON & BURLING LLP
   Matthew Schlesinger*
   Jason Carey*
   Terra White Fulham*

COVINGTON & BURLING LLP
   Swati R. Prakash*
   The New York Times Building
   620 Eighth Avenue
   New York, NY 10018-1405
   Telephone: (212) 841-1174
   sprakash@cov.com

COVINGTON & BURLING LLP
   Jessica R. Hanson*
   1999 Avenue of the Stars, Suite 3500
   Los Angeles, CA 90067-4643
   Telephone: (424) 332-4800
   jhanson@cov.com

*Attorneys for Plaintiffs*