JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DOUGLAS G. SMITH
Deputy Assistant Attorney General, Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
THEODORE W. ATKINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
Telephone: (202) 616-4285
phil.macwilliams@usdoj.gov
theodore.atkinson@usdoj.gov

Attorneys for Defendant United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own half and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **STATUS REPORT** |

The United States respectfully submits this status report regarding the status of discovery of electronically-stored information (ESI) in this matter.[1] To date, the United States has made several productions to Plaintiffs of documents it has been able to gather and review pursuant to its discovery obligations under the Mandatory Initial Discovery Pilot Program ("MIDPP"). However, the ESI searches developed by the parties in accordance with MIDPP have resulted in a very high volume of ESI that has presented significant challenges to the United States, which it wishes to bring to the Court's attention in this status report and to discuss with the Court in a conference.

In *C.M. v. United States*, Case No. 2:19-cv-05217, on August 17, 2020, the parties submitted a Joint Discovery Plan (*C.M.* ECF 60). The Court adopted this discovery plan in this action, and allowed for some supplemental policy-related discovery. (*A.P.F.* ECF 44, 56). The Joint Discovery Plan sets forth several stages of discovery, in which certain aspects of discovery are to occur.

Stage 1 of the Joint Discovery Plan includes the review and production of ESI collected pursuant to ESI searches developed by the parties in accordance with MIDPP. With respect to this ESI, the parties stated as follows in the Joint Discovery Plan:

> Throughout this stage, the parties will communicate regarding the status of ESI searches and productions. The parties will produce ESI as expeditiously as possible on a rolling basis. The ESI searches currently being discussed by the parties involve numerous search terms and dozens of custodians from multiple federal agencies, and at this point the amount of data to be collected and reviewed pursuant to these searches is unknown, as is the time reasonably necessary to perform the searches, reviews, and productions. As the ESI searches progress and greater insight is gained into the amount of time necessary to complete the ESI searches, reviews, and productions, the parties will confer as necessary if it is believed that the stages described herein need to be extended.

*C.M.* ECF 60 at 9.

---

[1] A Status Report also is being submitted in *C.M. v. United States*, Case No. 2:19-cv-05217-SRB.

On August 25, 2020, the Court entered an order resolving certain disagreements between the parties regarding the date range for ESI searches and the inclusion of certain search strings, and ordered that substantially all of the ESI production be complete by December 31, 2020. *C.M.* ECF 61.

The ESI searches developed by the parties in accordance with MIDPP consist of several dozen custodians from multiple Federal agencies and fourteen multi-term search strings, with a date range spanning approximately seventeen (17) months.[2] To date, the ESI that the United States has collected for review from the Department of Justice (DOJ), the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), and Customs and Border Protection (CBP) as a result of these ESI searches consists of several hundred thousand documents totaling several million pages. A substantial additional amount of ESI for review resulting from these searches is still expected. In addition, the parties are meeting and conferring regarding additional ESI searches for the Department of Health and Human Services (HHS).

This volume of ESI has presented significant challenges to the above-mentioned agencies in their efforts to locate, collect, and transfer this ESI to the United States, and to the United States in its efforts to review said ESI. The United

---

[2] The ESI searches addressed herein are referred to as the "policy-level" searches. In addition, the parties have developed pursuant to MIDPP several "plaintiff-specific" ESI searches aimed at locating relevant information specific to the particular individuals who brought this suit.

- 3 -

States has expressed its position to Plaintiffs that this volume of ESI is unduly burdensome and not proportional to the needs of the case.

The parties have engaged in discussions regarding ways to reduce the overall volume of ESI, and the use of Technology Assisted Review (TAR) to facilitate the review of ESI. However, it is clear to the United States that a revised timeline that allows significantly more time for the review and production of ESI is necessary. Discussions among the parties regarding a plan and revised timeline for the review and production of ESI will continue, and the United States remains hopeful that the parties will be able to agree on a plan. In the meantime, the United States believes that a conference with the Court to discuss these matters in more detail and to seek the Court's guidance will be beneficial to this process. At the United States' request, the parties will place a call to chambers for the United States to request a conference.

Dated: November 25, 2020    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DOUGLAS G. SMITH
Deputy Assistant Attorney General, Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
THEODORE W. ATKINSON
Trial Attorney
D.C. Bar No. 458963
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888

Washington, DC 20044
Telephone: (202) 616-4285

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America