# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., et al., | No. CV-19-05217-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |
| A.P.F., et al., | No. CV-20-00065-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court has reviewed Plaintiffs' Request for Leave to File Written Response to Status Report Filed by Defendant United States of America.

IT IS ORDERED that Plaintiffs may file a written response to Defendant's Status Report no later than **December 2, 2020**.

Dated this 1st day of December, 2020.

Susan R. Bolton
United States District Judge