Keith Beauchamp (012434)
Shelley Tolman (030945)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
stolman@cblawyers.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF SERVICE** |

**NOTICE IS HEREBY GIVEN** that on January 11, 2021, Plaintiffs served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Bethany Christian Services (the "Subpoena") upon Bethany Christian Services' authorized agent by e-mail, pursuant to Bethany Christian Services' prior consent to service by e-mail.  Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiffs served notice of the Subpoena on Defendant by e-mail on January 6, 2021.

{00530117.1 }

Respectfully submitted this 13th day of January, 2021.

          COPPERSMITH BROCKELMAN PLC

          By  s/ Keith Beauchamp
           Keith Beauchamp
           Shelley Tolman

          SOUTHERN POVERTY LAW CENTER
           Norma Ventura*
           Gillian Gillers*
           James Knoepp*
           P.O. Box 1287
           Decatur, GA 30031
           Telephone: (404) 521-6700
           norma.ventura@splcenter.org
           gillian.gillers@splcenter.org
           jim.knoepp@splcenter.org

           Paul R. Chavez*
           P.O. Box 370037
           Miami, FL 33137
           Telephone: (786) 347-2056
           paul.chavez@splcenter.org

          COVINGTON & BURLING LLP
           Matthew Schlesinger*
           Jason Carey*
           Terra White Fulham*
           One City Center, 850 Tenth Street, NW
           Washington, DC 20001-4956
           Telephone: (202) 662-5581
           mschlesinger@cov.com
           jcarey@cov.com
           tfulham@cov.com

           Swati R. Prakash*
           The New York Times Building
           620 Eighth Avenue
           New York, NY 10018-1405
           Telephone: (212) 841-1174
           sprakash@cov.com

           Jessica R. Hanson*
           1999 Avenue of the Stars, Suite 3500
           Los Angeles, CA 90067-4643
           Telephone: (424) 332-4800
           jhanson@cov.com

          [*Admitted pro hac vice]

          *Attorneys for Plaintiffs*