**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendants | Case No. 2:20-CV-00065-SRB <br><br> **ORDER** |

The Court having reviewed the parties' second stipulated motion to hold this action in abeyance,

IT IS HEREBY ORDERED that an abeyance of this action is GRANTED as follows:

This action is to be held in abeyance for an additional period of thirty (30) days, until June 2, 2021, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by an additional thirty (30) days, for a total of forty-four (44) days from existing deadlines.