BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
THEODORE W. ATKINSON
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>            Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>            Defendant. | No. 2:19-CV-05217-PHX-SRB<br><br>**THIRD STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf | No. 2:20-CV-00065-PHX-SRB |

and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,

Plaintiffs,

v.

United States of America,

Defendant.

The parties jointly move the Court for an order holding this action in abeyance for an additional period of sixty (60) days while the parties continue to discuss settlement. In support of this motion, the parties respectfully state the following:

The parties have engaged in discussions relating to the potential settlement of the above-captioned actions. In order to more fully focus their attention on these settlement efforts, on April 19, 2021, the parties requested that this action, including all proceedings and case deadlines, be held in abeyance for a period of fourteen (14) days, during which the parties agreed to meet and continue the settlement discussions. The parties proposed that, at the close of this 14-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions. If an additional abeyance was not sought, the parties requested that any existing deadlines be reset for fourteen (14) days from the current deadlines. *C.M.* ECF 101; *A.P.F.* ECF 98.

On April 20, 2021, the Court granted the parties' motion for an abeyance, ordering that this action was to be held in abeyance for a period of fourteen (14) days, until May 3, 2021, at which time the parties were to advise the Court whether an additional abeyance would be sought or, if not, all existing deadlines would be extended by fourteen (14) days. *C.M.* ECF 102; *A.P.F.* ECF 98.

Based on the progress of the settlement discussions, on May 3, 2021, the parties moved the Court to hold the action in abeyance for an additional thirty (30) days for the parties to continue to focus their attention on these settlement efforts. *C.M.* ECF 104; *A.P.F.* ECF 101.  On May 3, 2021, the Court granted this motion to continue to hold this action in abeyance, ordering that this action is to be held in abeyance for a period of thirty (30) days, until June 2, 2021, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by an additional thirty (30) days. *C.M.* ECF 105; *A.P.F.* ECF 102.

The parties have made substantial progress in the settlement discussions during the abeyance period but require additional time for ongoing discussions.  In order to facilitate continued progress, the parties respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in abeyance for an additional period of sixty (60) days, for the parties to continue to focus their attention on these settlement efforts.  The parties propose that, at the close of this additional 60-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions.  If an additional abeyance is not sought, the parties request that any existing deadlines be reset for an additional sixty (60) days—thus a total of one-hundred four (104) days—from the current deadlines.

Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance.  The party submitting this motion has obtained the permission of all signatories hereto.  A proposed Order is submitted herewith.

Respectfully submitted this 1st day of June, 2021.

BRIAN M. BOYNTON

3

| | |
|---|---|
| | Acting Assistant Attorney General |
| | JAMES G. TOUHEY, JR. |
| | Director, Torts Branch |
| | |
| | *s/ Phil MacWilliams* |
| | PHILIP D. MACWILLIAMS |
| | Trial Attorney |
| | D.C. Bar No. 482883 |
| | THEODORE W. ATKINSON |
| | Trial Attorney |
| | D.C. Bar No. 458963 |
| | E-mail: phil.macwilliams@usdoj.gov |
| | U.S. Department of Justice |
| | Civil Division, Torts Branch |
| | Benjamin Franklin Station, P.O. Box 888 |
| | Washington, DC 20044 |
| | Telephone: (202) 616-4285 |
| | |
| | *Attorneys for the United States of America* |
| | |
| | *s/ Terra White Fulham* |
| COPPERSMITH BROCKELMAN PlC | COVINGTON & BURLING LLP |
| Keith Beauchamp (012434) | Matthew Schlesinger* |
| D. Andrew Gaona (028414) | Jason Carey* |
| 2800 N. Central Avenue, Suite 1900 | Teresa Park* |
| Telephone: (602) 381-5490 | Terra White Fulham* |
| Phoenix, AZ 85004 | One CityCenter, 850 Tenth Street, NW |
| kbeauchamp@cblawyers.com | Washington, DC 20001-4956 |
| agaona@cblawyers.com | Telephone: (202) 662-5581 |
| | mschlesinger@cov.com |
| SOUTHERN POVERTY LAW CENTER | jcarey@cov.com |
| Norma Ventura* | tpark@cov.com |
| Gillian Gillers | tfulham@cov.com |
| James Knoepp* | |
| P.O. Box 1287 | COVINGTON & BURLING LLP |
| Decatur, GA 30031 | Jessica R. Hanson* |
| Telephone: (404) 521-6700 | 1999 Avenue of the Stars, Suite 3500 |
| norma.ventura@splcenter.org | Los Angeles, CA 90067-4643 |
| gillian.gillers@splcenter.org | Telephone: (424) 332-4800 |
| jim.knoepp@splcenter.org | jhanson@cov.com |
| | |
| SOUTHERN POVERTY LAW CENTER | |
| Paul R. Chavez* | |
| P.O. Box 370037 | |
| Miami, FL 33137 | |

4

Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for A.P.F. Plaintiffs*

| | |
|---|---|
| Jonathan H. Feinberg*<br>Kairys, Rudovsky, Messing,<br>Feinberg & Lin LLP<br>The Cast Iron Building<br>718 Arch Street, Suite 501 South<br>Philadelphia, PA 19106<br>215-925-4400<br>jfeinberg@krlawphila.com<br><br>Mark Fleming*<br>National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604<br>312-660-1370<br>mfleming@heartlandalliance.org | *s/ Diana E. Reiter*<br>Diana E. Reiter*<br>Erik Walsh*<br>Lucy McMillan*<br>Harry Fidler*<br>Mark Osmond*<br>Kaitlyn Schaeffer*<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>212-836-8000<br>diana.reiter@arnoldporter.com<br>erik.walsh@arnoldporter.com<br>lucy.mcmillan@arnoldporter.com<br>harry.fidler@arnoldporter.com<br>mark.osmond@arnoldporter.com<br>kaitlyn.schaeffer@arnoldporter.com |
| R. Stanton Jones*<br>Emily Reeder*<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-942-5000<br>stanton.jones@arnoldporter.com<br>emily.reeder@arnoldporter.com | Trina Realmuto*<br>Mary Kenney*<br>National Immigration Litigation Alliance<br>10 Griggs Terrace<br>Brookline, MA 02446<br>617-819-4447<br>Trina@immigrationlitigation.org<br>Mary@immigrationlitigation.org |
| David B. Rosenbaum<br>Emma J. Cone-Roddy<br>OSBORN MALEDON, P.A.<br>2929 North Central Avenue, 21st Floor<br>Phoenix, Arizona 85012-2793 | Katherine Melloy Goettel*<br>Emma Winger*<br>American Immigration Council<br>1331 G Street NW, Suite 200<br>Washington, DC 20005<br>202-507-7552<br>kgoettel@immcouncil.org<br>ewinger@immcouncil.org |

*Attorneys for C.M. Plaintiffs*

*  *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Philip D. MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America