# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.A.D.J., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00215-PHX-SMB <br><br> **ORDER** |

IT IS ORDERED denying without prejudice Plaintiffs' Motion to Transfer to Judge Susan R. Bolton Pursuant to Local Rules of Civil Procedure 42.1 (Doc. 12) in light of all 3 cases being stayed while exploring settlement (CV19-5217 Doc. 90 and CV20-0065 Doc. 87).

Dated this 22nd day of June, 2021.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge