1    Keith Beauchamp (012434)
     D. Andrew Gaona (028414)
2    COPPERSMITH BROCKELMAN PLC
     2800 N. Central Avenue, Suite 1900
3    Telephone: (602) 381-5490
     Phoenix, AZ 85004
4    kbeauchamp@cblawyers.com
     agaona@cblawyers.com
5
6    *Counsel for A.P.F. Plaintiffs*
7    *(Additional Counsel for Plaintiffs Listed on the Signature Page)*
8
9                    **UNITED STATES DISTRICT COURT**
10                        **DISTRICT OF ARIZONA**
11   C.M., on her own behalf and on behalf of     No. CV-19-05217-PHX-SRB
     her minor child, B.M., et al.,
12                                                 **PLAINTIFFS' UNOPPOSED MOTION**
                                                   **TO LIFT STAY AND REQUEST FOR**
13                        Plaintiffs,              **STATUS CONFERENCE**
14            v.
15   United States of America,
16                        Defendant.
17   A.P.F. on his own behalf and on behalf of    No. CV-20-00065-PHX-SRB
     his minor child, O.B., et al.,
18
19                        Plaintiffs,
20            v.
21   United States of America,
22                        Defendant.
23
24
25
26
27
28

{00581734.1 }

On December 16, 2021, the United States terminated the settlement negotiations in which the parties have been engaged for the last eight months. In light of this development, Plaintiffs now move to lift the stay currently in effect in this case (CV-20-00065-PHX-SRB, Doc. No. 115).  Defendant does not oppose this request.

Plaintiffs further request that the Court reinstate, or in the alternative, grant Plaintiffs leave to refile, and issue decisions on (1) their motion to compel production of relevant documents (CV-20-00065-PHX-SRB, Doc. No. 89); and (2) Plaintiffs' motion to compel discovery withheld by the government based on improper privilege assertions (CV-20-00065-PHX-SRB, Doc. No. 90).  Both motions were dismissed "without prejudice to refile if a settlement is not achieved and litigation of these cases resumes." See CV-19-05217-SRB, Doc. No. 111).  Plaintiffs further request a status conference at the Court's earliest convenience to discuss these matters as well as the reinstatement without further extension of the impending deadline for substantial completion of Defendant's production of policy-level ESI and a revision to the schedule for completion of all other discovery.  Counsel for Plaintiffs will make themselves available at any time the Court designates.

RESPECTFULLY SUBMITTED this 16th day of December, 2021.

COPPERSMITH BROCKELMAN PLC

By s/ Keith Beauchamp
Keith Beauchamp
D. Andrew Gaona

*(Additional Counsel for Plaintiffs Listed on the Following Page)*

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

COVINGTON & BURLING LLP
Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fulham*
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com

*Attorneys for A.P.F. Plaintiffs*

*\* Admitted pro hac vice*