**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M., et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **ORDER GRANTING MOTION TO COMPEL PRODUCTION OF RELEVANT DOCUMENTS** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B., et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB |

Upon consideration of Plaintiffs' Motion and Memorandum in Support of Plaintiffs' Motion to Compel Production of Relevant Documents,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Accordingly, Defendant shall produce all non-privileged documents responsive to Plaintiffs' revised narrowed Request, as set forth in Plaintiffs' Motion and Memorandum in Support of Plaintiffs' Motion to Compel Production of Relevant Documents, and

**IT IS FURTHER ORDERED** that Defendant provide a privilege log in accordance with the parties' Agreement Regarding the Format for Production of Documents and Related Matters (*C.M.* ECF No. 60-1), to the extent that any

DC: 7509632-2

1. documents responsive to this request are withheld or redacted on the basis of
2. privilege.