Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com

[Additional Counsel Listed on Signature Page]
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to LRCiv 5.2, notice is hereby given that Plaintiffs have served the following discovery:

1. Subpoena to Testify at a Deposition in a Civil Action on Cayuga Centers;

2. Subpoena to Testify at a Deposition in a Civil Action on Lutheran Social Services;

3. Subpoena to Testify at a Deposition in a Civil Action on Bethany Christian Services; and

4. Subpoena to Testify at a Deposition in a Civil Action on Southwest Key Programs.

DATED this 21st day of April, 2022.

By  s/ *Keith Beauchamp*

COPPERSMITH BROCKELMAN PLC
   Keith Beauchamp
   D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
   Norma Ventura*
   James Knoepp*
   P.O. Box 1287
   Decatur, GA 30031
   Telephone: (404) 521-6700
   norma.ventura@splcenter.org
   jim.knoepp@splcenter.org

SOUTHERN POVERTY LAW CENTER
   Paul R. Chavez*
   P.O. Box 370037
   Miami, FL 33137
   Telephone: (786) 347-2056
   paul.chavez@splcenter.org

|   |   |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | Matthew J. Schlesinger* |
|   | Jason A. Carey* |
| 3 | Terra White Fulham* |
|   | Teresa Park* |
| 4 | Kristin Cobb* |
|   | One City Center, 850 Tenth Street, NW |
| 5 | Washington, DC 20001-4956 |
|   | Telephone: (202) 662-5581 |
| 6 | mschlesinger@cov.com |
|   | jcarey@cov.com |
| 7 | tfulham@cov.com |
|   | tpark@cov.com |
| 8 | kcobb@cov.com |

[*Admitted pro hac vice]

*Attorneys for Plaintiffs*

3