Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>        Plaintiffs,<br><br>  v.<br><br>United States of America,<br><br>        Defendant. | No. CV-20-00065-PHX-SRB<br><br>**NOTICE OF DEPOSITION OF GABRIEL RAMIREZ, YUMA SECTOR SUPERVISORY BORDER PATROL AGENT** |

| | |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>        Plaintiffs, <br><br>   v. <br><br>United States of America, <br><br>        Defendant. | No. 2:19-cv-05217-SRB |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**           Gabriel Ramirez

**DATE AND TIME OF APPEARANCE:**     May 26, 2022 at 11:00 am ET

**PLACE OF APPEARANCE:**             Remote video deposition

The deposition will be taken remotely through Zoom video conference technology before an officer authorized by law to administer oaths. The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 5th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　___Keith Beauchamp_____
　　　　　　　　　　　　　　　　　　　　COPPERSMITH BROCKELMAN PLC
　　　　　　　　　　　　　　　　　　　　Keith Beauchamp
　　　　　　　　　　　　　　　　　　　　D. Andrew Gaona

COVINGTON & BURLING LLP
   Matthew J. Schlesinger*
   Jason A. Carey*
   Jennifer Saulino*
   Terra White Fulham*
   Teresa Park*
   Kristin Cobb*
   Shadman Zaman*
   One City Center, 850 Tenth Street, NW
   Washington, DC 20001-4956
   Telephone: (202) 662-5581
   mschlesinger@cov.com
   jcarey@cov.com
   tfulham@cov.com
   tpark@cov.com
   kcobb@cov.com
   szaman@cov.com

SOUTHERN POVERTY LAW CENTER
   Norma Ventura*
   James Knoepp*
   Sharada Jambulapati*
   P.O. Box 1287
   Decatur, GA 30031
   Telephone: (404) 521-6700
   norma.ventura@splcenter.org
   jim.knoepp@splcenter.org
   sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
   Paul R. Chavez*
   P.O. Box 370037
   Miami, FL 33137
   Telephone: (786) 347-2056
   paul.chavez@splcenter.org

*Counsel for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*

|   |   |
|---|---|
| 1 | David B. Rosenbaum |
| 2 | Travis C. Hunt |
|   | BriAnne N. Illich Meeds |
| 3 | OSBORN MALEDON, P.A. |
|   | 2929 North Central Avenue, 21st Floor |
| 4 | Phoenix, Arizona 85012-2793 |
| 5 |   |
| 6 | *Attorneys for Plaintiffs* |
| 7 |   |
|   | ARNOLD & PORTER KAYE SCHOLER |
| 8 | LLP |
|   |     Diana Reiter* |
| 9 |     Erik Walsh* |
| 10 |     Lucy McMillan* |
|   |     Harry Fidler* |
| 11 |     Mark Osmond* |
| 12 |     Kaitlyn Schaeffer* |
|   |     250 West 55th Street |
| 13 |     New York, NY 10019-9710 |
|   |     Telephone: (212) 836-8000 |
| 14 |     diana.reiter@arnoldporter.com |
| 15 |     erik.walsh@arnoldporter.com |
|   |     lucy.mcmillan@arnoldporter.com |
| 16 |     harry.fidler@arnoldporter.com |
|   |     mark.osmond@arnoldporter.com |
| 17 |     kaitlyn.schaeffer@arnoldporter.com |
| 18 |   |
|   | ARNOLD & PORTER KAYE SCHOLER |
| 19 | LLP |
| 20 |     R. Stanton Jones* |
|   |     Emily Reeder-Ricchetti* |
| 21 |     601 Massachusetts Avenue, NW |
|   |     Washington, DC 20001 |
| 22 |     Telephone: (202) 942-5000 |
| 23 |     stanton.jones@arnoldporter.com |
|   |     emily.reeder-ricchetti@arnoldporter.com |
| 24 |   |
| 25 | KAIRYS, RUDOVSKY, MESSING, |
|   | FEINBERG & LIN LLP |
| 26 |     Jonathan H. Feinberg* |
| 27 |     The Cast Iron Building |
|   |     718 Arch Street, Suite 501 South |
| 28 |     Philadelphia, PA 19106 |

Telephone: (215) 925-4400
jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
Mark Fleming*
Mark Feldman*
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
Telephone: (312) 660-1370
mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION LITIGATION ALLIANCE
Trina Realmuto*
Mary Kenney*
10 Griggs Terrace
Brookline, MA 02446
Telephone: (617) 819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
Katherine Melloy Goettel*
Emma Winger*
Gianna Borroto*
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Telephone: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org


*Counsel for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*