1  Keith Beauchamp (012434)
2  D. Andrew Gaona (028414)
   COPPERSMITH BROCKELMAN PLC
3  2800 N. Central Avenue, Suite 1900
   Phoenix, AZ 85004
4  Telephone: (602) 381-5490
5  kbeauchamp@cblawyers.com
   agaona@cblawyers.com
6
7  [Additional Counsel Listed on Signature Page]
8  *Attorneys for Plaintiffs*
9
                    **UNITED STATES DISTRICT COURT**
10
                         **DISTRICT OF ARIZONA**
11

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., | No. CV-20-00065-PHX-SRB |
| Plaintiffs, | **NOTICE OF SERVICE OF SUBPOENA** |
| v. | |
| United States of America, | |
| Defendant. | |

20      Pursuant to LRCiv 5.2, notice is hereby given that Plaintiffs have served a
21  Subpoena to Testify at a Deposition in a Civil Action on John Bash.
22      DATED this 5th day of May, 2022.
23
24                              By s/ *Keith Beauchamp*
25                              COPPERSMITH BROCKELMAN PLC
                                    Keith Beauchamp
26                                  D. Andrew Gaona
27
28

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Terra White Fulham*
Teresa Park*
Kristin Cobb*
Shadman Zaman*
Jennifer N. Saulino*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com
jsaulino@cov.com

[*Admitted pro hac vice]

*Attorneys for Plaintiffs*