Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to LRCiv 5.2, notice is hereby given that Plaintiffs have served a Subpoena to Testify at a Deposition in a Civil Action on Chad Wolf.

DATED this 10th day of May, 2022.

COPPERSMITH BROCKELMAN PLC

By *s/Keith Beauchamp*
    Keith Beauchamp
    D. Andrew Gaona

1

SOUTHERN POVERTY LAW CENTER

2
3
4
5
6
7

Norma Ventura*
James Knoepp*
Sharada Jambulapati*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
shara.jambulapati@splcenter.org

8

SOUTHERN POVERTY LAW CENTER

9
10
11

Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

12

COVINGTON & BURLING LLP

13
14
15
16
17
18
19
20
21
22
23

Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fulham*
Kristin Cobb*
Shadman Zaman*
Patrick Taebok Lee*
Samuel John Greeley*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com
kcobb@cov.com
shadmanzaman@cov.com
plee@cov.com
sgreeley@cov.com

24
25

*Counsel for Plaintiffs A.P.F. et al.*
*Admitted pro hac vice*

26
27
28