Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

|   |   |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>                    Plaintiffs, <br>     v. <br><br>United States of America, <br><br>                    Defendant. | No. 2:19-cv-05217-SRB |

Pursuant to LRCiv 5.2, notice is hereby given that Plaintiffs have served a Subpoena to Testify at a Deposition in a Civil Action on Gene Hamilton.

DATED this 16th day of May, 2022.

COPPERSMITH BROCKELMAN PLC

By  s/*Keith Beauchamp*
     Keith Beauchamp
     D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
  Norma Ventura*
  James Knoepp*
  Sharada Jambulapati*
  P.O. Box 1287
  Decatur, GA 30031
  Telephone: (404) 521-6700
  norma.ventura@splcenter.org
  jim.knoepp@splcenter.org
  shara.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
  Paul R. Chavez*
  P.O. Box 370037
  Miami, FL 33137
  Telephone: (786) 347-2056
  paul.chavez@splcenter.org

```
 1                              COVINGTON & BURLING LLP
 2                                  Matthew Schlesinger*
                                    Jason Carey*
 3                                  Jennifer Saulino*
                                    Teresa Park*
 4                                  Terra White Fulham*
                                    Kristin Cobb*
 5                                  Shadman Zaman*
 6                                  One City Center, 850 Tenth Street, NW
                                    Washington, DC 20001-4956
 7                                  Telephone: (202) 662-5581
                                    mschlesinger@cov.com
 8                                  jcarey@cov.com
                                    jsaulino@cov.com
 9                                  tpark@cov.com
10                                  tfulham@cov.com
                                    kcobb@cov.com
11                                  szaman@cov.com
12                              Counsel for Plaintiffs A.P.F. et al.
                                *Admitted pro hac vice
13
14
                                OSBORN MALEDON, P.A.
15                                  David B. Rosenbaum
16                                  Travis C. Hunt
                                    BriAnne N. Illich Meeds
17
                                ARNOLD & PORTER KAYE SCHOLER LLP
18                                  Diana Reiter*
19                                  Erik Walsh*
                                    Lucy McMillan*
20                                  Harry Fidler*
21                                  Mark Osmond*
                                    Kaitlyn Schaeffer*
22                                  250 West 55th Street
                                    New York, NY 10019-9710
23                                  Telephone: (212) 836-8000
24                                  diana.reiter@arnoldporter.com
                                    erik.walsh@arnoldporter.com
25                                  lucy.mcmillan@arnoldporter.com
26                                  harry.fidler@arnoldporter.com
                                    mark.osmond@arnoldporter.com
27                                  kaitlyn.schaeffer@arnoldporter.com
28
```

ARNOLD & PORTER KAYE SCHOLER LLP
    R. Stanton Jones*
    Emily Reeder-Ricchetti*
    601 Massachusetts Avenue, NW
    Washington, DC 20001
    Telephone: (202) 942-5000
    stanton.jones@arnoldporter.com
    emily.reederricchetti@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
    Jonathan H. Feinberg*
    The Cast Iron Building
    718 Arch Street, Suite 501 South
    Philadelphia, PA 19106
    Telephone: (215) 925-4400
    jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
    Mark Fleming*
    Mark Feldman*
    224 S. Michigan Ave., Suite 600
    Chicago, IL 60604
    Telephone: (312) 660-1370
    mfleming@heartlandalliance.org
    mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION LITIGATION ALLIANCE
    Trina Realmuto*
    Mary Kenney*
    10 Griggs Terrace
    Brookline, MA 02446
    Telephone: (617) 819-4447
    trina@immigrationlitigation.org
    mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
Katherine Melloy Goettel*
Emma Winger*
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Telephone: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org

*Counsel for Plaintifs C.M. et al.*
*\*Admitted pro hac vice*