```
Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
```

[Additional Counsel Listed on Signature Page]
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>United States of America,<br>　　　　　　　Defendant. | No. CV-20-00065-PHX-SRB<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

　　　　Pursuant to LRCiv 5.2, notice is hereby given that on May 20, 2022, Plaintiffs served their Fourth Set of Requests for Production of Documents to Defendant United States of America and First Set of Interrogatories to Defendant United States of America on counsel for Defendant by email.

Respectfully submitted this 25th day of May, 2022.

By  s/ *Keith Beauchamp*

COPPERSMITH BROCKELMAN PLC
   Keith Beauchamp
   D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
   Norma Ventura*
   James Knoepp*
   P.O. Box 1287
   Decatur, GA 30031
   Telephone: (404) 521-6700
   norma.ventura@splcenter.org
   jim.knoepp@splcenter.org

SOUTHERN POVERTY LAW CENTER
   Paul R. Chavez*
   P.O. Box 370037
   Miami, FL 33137
   Telephone: (786) 347-2056
   paul.chavez@splcenter.org

COVINGTON & BURLING LLP
   Matthew J. Schlesinger*
   Jason A. Carey*
   Terra White Fulham*
   Teresa Park*
   Kristin Cobb*
   One City Center, 850 Tenth Street, NW
   Washington, DC 20001-4956
   Telephone: (202) 662-5581
   mschlesinger@cov.com
   jcarey@cov.com
   tfulham@cov.com
   tpark@cov.com
   kcobb@cov.com

[*Admitted pro hac vice]

*Attorneys for Plaintiffs*