1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7                FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>                 Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>                 Defendant. | No. CV-19-05217-PHX-SRB <br><br> **ORDER** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br>                 Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>                 Defendant. | No. CV-20-00065-PHX-SRB <br><br> **ORDER** |

On request of counsel;

IT IS ORDERED setting a discovery dispute hearing on **Thursday, June 2, 2022 at 11:00 a.m.** The Court has allocated 30 minutes for this hearing. The hearing will be conducted via Zoom. This court's staff will provide counsel with the Zoom link for said hearing.

Dated this 27th day of May, 2022.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge