IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br><br><br>**NOTICE OF INADVERTENT FILING AND REQUEST THAT DOCUMENT BE REMOVED FROM DOCKET** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB |

On May 27, 2022, the United States filed its Response to Plaintiffs' Motion for Judicial Determination of Privilege Claim. *See* C.M. ECF 197; A.P.F. ECF 182. As stated in the Response, that document and its attachments are intended to be filed under seal. Undersigned counsel contacted the Clerk's office prior to filing and followed the instructions provided regarding how to file a lodged sealed document. However, the document and its attachments appear to be accessible by the public on the CM/ECF system. Immediately upon realizing that the document is visible on the docket, undersigned counsel contacted the Clerk's office, Chambers, and customer service for PACER to request the documents be removed from the docket. However, no one was available at the time.

The United States respectfully requests that the document and its attachments be removed from the docket as soon as possible.

Submitted this 27th day of May, 2022.

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    JAMES G. TOUHEY, JR.
    Director, Torts Branch

    *s/ Irina M. Majumdar*
    IRINA M. MAJUMDAR
    Trial Attorney
    D.C. Bar No. 252757
    PHILIP D. MACWILLIAMS
    Trial Attorney
    D.C. Bar No. 482883
    E-mail: phil.macwilliams@usdoj.gov
    U.S. Department of Justice
    Civil Division, Torts Branch
    Benjamin Franklin Station, P.O. Box 888
    Washington, DC 20044
    Telephone: (202) 616-4285

    Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Irina M. Majumdar*
IRINA M. MAJUMDAR
Attorney for United States of America