Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to LRCiv 5.2, notice is hereby given that Plaintiffs have served a Subpoena to Testify at a Deposition in a Civil Action on Michael Dougherty.

DATED this 8th day of June, 2022.

COPPERSMITH BROCKELMAN PLC

By  s/*Keith Beauchamp*
     Keith Beauchamp
     D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
  Norma Ventura*
  James Knoepp*
  Sharada Jambulapati*
  P.O. Box 1287
  Decatur, GA 30031
  Telephone: (404) 521-6700
  norma.ventura@splcenter.org
  jim.knoepp@splcenter.org
  shara.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
  Paul R. Chavez*
  P.O. Box 370037
  Miami, FL 33137
  Telephone: (786) 347-2056
  paul.chavez@splcenter.org

COVINGTON & BURLING LLP
  Matthew Schlesinger*
  Jason Carey*
  Teresa Park*
  Terra White Fulham*
  Kristin Cobb*
  Shadman Zaman*
  One City Center, 850 Tenth Street, NW
  Washington, DC 20001-4956
  Telephone: (202) 662-5581
  mschlesinger@cov.com
  jcarey@cov.com
  tpark@cov.com
  tfulham@cov.com
  kcobb@cov.com
  shadmanzaman@cov.com

*Counsel for Plaintiffs A.P.F. et al.*
*Admitted pro hac vice