```
 1  Keith Beauchamp (012434)
    D. Andrew Gaona (028414)
 2  COPPERSMITH BROCKELMAN PLC
 3  2800 N. Central Avenue, Suite 1900
    Telephone: (602) 381-5490
 4  Phoenix, AZ 85004
    kbeauchamp@cblawyers.com
 5  agaona@cblawyers.com
 6  Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>Plaintiffs, <br><br>v. <br><br>United States of America, <br><br>Defendant. | No. CV-19-05217-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF MICHAEL DOUGHERTY** |

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br>            Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>            Defendant. | No. CV-20-00065-PHX-SRB |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:**           Michael Dougherty

**PLACE OF DEPOSITION:**   Arnold & Porter LLP
                         601 Massachusetts Avenue, NW
                         Washington, D.C., 20001

**DATE OF DEPOSITION:**    June 21, 2022 at 9:00 a.m. ET

The deposition shall be recorded by audiovisual and stenographic means.

DATED this 10th day of June, 2022.

                                        **COPPERSMITH BROCKELMAN PLC**

                                        By  s/*Keith Beauchamp*
                                            Keith Beauchamp
                                            D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER

    Norma Ventura*
    James Knoepp*
    Sharada Jambulapati*
    P.O. Box 1287
    Decatur, GA 30031
    Telephone: (404) 521-6700
    norma.ventura@splcenter.org
    jim.knoepp@splcenter.org
    shara.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER

    Paul R. Chavez*
    P.O. Box 370037
    Miami, FL 33137
    Telephone: (786) 347-2056
    paul.chavez@splcenter.org

COVINGTON & BURLING LLP

    Matthew Schlesinger*
    Jason Carey*
    Teresa Park*
    Terra White Fulham*
    Kristin Cobb*
    Shadman Zaman*
    One City Center, 850 Tenth Street, NW
    Washington, DC 20001-4956
    Telephone: (202) 662-5581
    mschlesinger@cov.com
    jcarey@cov.com
    tpark@cov.com
    tfulham@cov.com
    kcobb@cov.com
    shadmanzaman@cov.com

*Counsel for Plaintiffs A.P.F. et al.*
*Admitted pro hac vice