BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
D.C. Bar No. 482883
Trial Attorney
IRINA M. MAJUMDAR
D.C. Bar No. 252757
Trial Attorney
ASHLEY R. GARMAN
N.Y. Bar No. 4904009
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own half and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Case no. CV-20-00065-PHX-SRB <br><br> **AMENDED NOTICE OF DEPOSITION OF PLAINTIFF R.Z.G.** |

## NOTICE OF DEPOSITION

| | |
|---|---|
| **TO:** | All Interested Parties |
| **PLACE OF DEPOSITION:** | Nelson Mullins<br>360 S. Rosemary Avenue, Suite 1410<br>West Palm Beach, Florida 33401 |
| **DATE AND TIME OF DEPOSITION:** | Thursday, June 23, 2022, at 9:00 a.m. |
| **WITNESS TO BE DEPOSED:** | Plaintiff R.Z.G. |

Pursuant to Fed. R. Civ. P. 30(b), please take notice that defendant United States of America will take the deposition of Plaintiff R.Z.G. at the above-stated place on Thursday, June 23, 2022, at 9:00 a.m. The deposition will be taken before a certified court reporter authorized to administer oaths and certified by law to take depositions. The deposition will be recorded by stenographic and audiovisual means. Should the deposition not be completed within the day, it will continue from day to day, not including weekends and holidays, until completed.

Dated: June 14, 2022

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General,
    Civil Division
    JAMES G. TOUHEY, JR.
    Director, Torts Branch

    *s/ Ashley R. Garman*
    ASHLEY R. GARMAN
    Trial Attorney
    N.Y. Bar No. 4904009
    E-mail: Ashley.R.Garman@usdoj.gov
    U.S. Department of Justice
    Civil Division, Torts Branch
    Benjamin Franklin Station, P.O. Box 888
    Washington, DC 20044
    Telephone: (202) 305-2609

    *Counsel for the United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, the undersigned electronically filed the foregoing Amended Notice of Deposition with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to all counsel of record, and also emailed a copy of this Notice to the following counsel of record for Plaintiffs:

Jim Knoepp
jim.knoepp@splcenter.org

Teresa Park
tpark@cov.com

Norma Ventura
norma.ventura@splcenter.org

Kristin Cobb
KCobb@cov.com

Keith Beauchamp
kbeauchamp@cblawyers.com

Jason Carey
JCarey@cov.com

Terra White Fulham
TFulham@cov.com

Matthew Schlesinger
MSchlesinger@cov.com

Patrick T. Lee
PLee@cov.com

Sharada Jambulapati
sharada.jambulapati@splcenter.org

s/ *Ashley R. Garman*
ASHLEY R. GARMAN
*Counsel for Defendant United States*
