David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
Counsel for C.M. Plaintiffs (*Additional Counsel Listed on Signature Page*)

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com
Counsel for A.P.F. Plaintiffs (*Additional Counsel Listed on Signature Page*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br>**AMENDED NOTICE OF DEPOSITION OF MICHAEL DOUGHERTY** |

|   |   |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>     Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>     Defendant. | No. CV-20-00065-PHX-SRB |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

  **DEPONENT:**      **Michael Dougherty**

  **PLACE OF DEPOSITION:**  **Arnold & Porter LLP**
               **601 Massachusetts Avenue, NW**
               **Washington, D.C., 20001**

  **DATE OF DEPOSITION:**  **July 7, 2022 at 9:00 a.m. ET**

  The deposition shall be recorded by audiovisual and stenographic means.


         [SIGNATURES APPEAR ON NEXT PAGE]

2

DATED this 17th day of June, 2022.

By s/*Keith Beauchamp*
Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC

Norma Ventura*
James Knoepp*
Sharada Jambulapati*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

Matthew J. Schlesinger*
Jason A. Carey*
Terra White Fulham*
Teresa S. Park*
Kristin M. Cobb*
Shadman Zaman*
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com

*Attorneys for Plaintiffs A.P.F. et al.*
* *Admitted pro hac vice*

Paul R. Chavez*
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

| | |
|---|---|
| Diana E. Reiter* | Jonathan H. Feinberg* |
| Erik Walsh* | Kairys, Rudovsky, Messing, Feinberg |
| Lucy McMillan* | & Lin LLP |
| Harry K. Fidler* | The Cast Iron Building |
| Mark Osmond* | 718 Arch Street, Suite 501 South |
| Kaitlyn Schaeffer* | Philadelphia, PA 19106 |
| Arnold & Porter Kaye Scholer LLP | 215-925-4400 |
| 250 West 55th Street | jfeinberg@krlawphila.com |
| New York, New York 10019-9710 | |
| 212-836-8000 | Mark Fleming* |
| diana.reiter@arnoldporter.com | National Immigrant Justice Center |
| erik.walsh@arnoldporter.com | 224 S. Michigan Ave., Suite 600 |
| lucy.mcmillan@arnoldporter.com | Chicago, IL 60604 |
| harry.fidler@arnoldporter.com | 312-660-1370 |
| mark.osmond@arnoldporter.com | mfleming@heartlandalliance.org |
| kaitlyn.schaeffer@arnoldporter.com | |
| | Katherine Melloy Goettel* |
| R. Stanton Jones* | Emma Winger* |
| Emily Reeder-Ricchetti* | Gianna Borroto* |
| Arnold & Porter Kaye Scholer LLP | American Immigration Council |
| 601 Massachusetts Avenue, NW | 1331 G Street NW, Suite 200 |
| Washington, DC 20001 | Washington, DC 20005 |
| 202-942-5000 | 202-507-7512 |
| stanton.jones@arnoldporter.com | 202-742-5619 |
| emily.reeder-ricchetti@arnoldporter.com | kgoettel@immcouncil.org |
| | ewinger@immcouncil.org |
| Trina Realmuto* | gborroto@immcouncil.org |
| Mary Kenney* | |
| National Immigration Litigation Alliance | David B. Rosenbaum |
| 10 Griggs Terrace | Travis C. Hunt |
| Brookline, MA 02446 | BriAnne N. Illich Meeds |
| 617-819-4447 | Osborn Maledon, P.A. |
| trina@immigrationlitigation.org | 2929 North Central Avenue, Suite 2100 |
| mary@immigrationlitigation.org | Phoenix, AZ 85012-2793 |
| | 602-640-9000 |
| | drosenbaum@omlaw.com |
| | thunt@omlaw.com |
| | billichmeeds@omlaw.com |

*Attorneys for Plaintiffs C.M. et al.*
\* *Admitted pro hac vice*

4