Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **AMENDED NOTICE OF DEPOSITION OF SOUTHWEST KEY PROGRAMS, INC.** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT: Southwest Key Programs, Inc.**

**PLACE OF DEPOSITION: Remote**

**DATE OF DEPOSITION: June 28, 2022 at 10:00 a.m. EST**

The deposition shall be recorded by audiovisual and stenographic means.

DATED this 17th day of June, 2022.

            COPPERSMITH BROCKELMAN PLC

            By  s/*Keith Beauchamp*
              Keith Beauchamp
              D. Andrew Gaona

            SOUTHERN POVERTY LAW CENTER
              Norma Ventura*
              James Knoepp*
              Sharada Jambulapati*
              P.O. Box 1287
              Decatur, GA 30031
              Telephone: (404) 521-6700
              norma.ventura@splcenter.org
              jim.knoepp@splcenter.org
              shara.jambulapati@splcenter.org

            SOUTHERN POVERTY LAW CENTER
              Paul R. Chavez*
              P.O. Box 370037
              Miami, FL 33137
              Telephone: (786) 347-2056
              paul.chavez@splcenter.org

            COVINGTON & BURLING LLP
              Matthew Schlesinger*
              Jason Carey*
              Teresa Park*
              Terra White Fulham*
              Kristin Cobb*
              Shadman Zaman*
              Samuel Greeley*
              One City Center, 850 Tenth Street, NW
              Washington, DC 20001-4956
              Telephone: (202) 662-5581
              mschlesinger@cov.com
              jcarey@cov.com
              tpark@cov.com
              tfulham@cov.com
              kcobb@cov.com
              szaman@cov.com
              sgreeley@cov.com

            *Counsel for Plaintiffs A.P.F. et al.*
            **Admitted pro hac vice*