1  Keith Beauchamp (012434)
   D. Andrew Gaona (028414)
2  COPPERSMITH BROCKELMAN PLC
   2800 N. Central Avenue, Suite 1900
3  Phoenix, AZ 85004
   Telephone: (602) 381-5490
4  kbeauchamp@cblawyers.com
   agaona@cblawyers.com
5
6  *Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*
7

8                      **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF ARIZONA**

10  A.P.F. on his own behalf and on behalf of his          No. CV-20-00065-PHX-SRB
    minor child, O.B.; J.V.S., on his own behalf
11  and on behalf of his minor child H.Y.; J.D.G.
    on his own behalf and on behalf of his minor          **AMENDED NOTICE OF**
12  child, M.G.; H.P.M. on his own behalf and on          **DEPOSITION OF LUTHERAN**
    behalf of his minor child, A.D.; M.C.L. on his        **SOCIAL SERVICES OF NEW**
13  own behalf and on behalf of his minor child,          **YORK**
    A.J.; and R.Z.G. on his own behalf and on
14  behalf of his minor child, B.P.,

15                          Plaintiffs,
16          v.
17  United States of America,
18                          Defendant.
19
20          Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through

21  undersigned counsel, hereby give notice of the following deposition before an officer

22  authorized by law to administer oaths:

23          **DEPONENT: Lutheran Social Services of New York**

24          **PLACE OF DEPOSITION: Remote**

25          **DATE OF DEPOSITION: June 28, 2022 at 9:00 a.m. EST**

26          The deposition shall be recorded by audiovisual and stenographic means.

27
28

DATED this 17th day of June, 2022.

COPPERSMITH BROCKELMAN PLC

By  s/*Keith Beauchamp*
    Keith Beauchamp
    D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER

    Norma Ventura*
    James Knoepp*
    Sharada Jambulapati*
    P.O. Box 1287
    Decatur, GA 30031
    Telephone: (404) 521-6700
    norma.ventura@splcenter.org
    jim.knoepp@splcenter.org
    shara.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
    Paul R. Chavez*
    P.O. Box 370037
    Miami, FL 33137
    Telephone: (786) 347-2056
    paul.chavez@splcenter.org

COVINGTON & BURLING LLP

    Matthew Schlesinger*
    Jason Carey*
    Teresa Park*
    Terra White Fulham*
    Kristin Cobb*
    Shadman Zaman*
    Patrick Lee*
    One City Center, 850 Tenth Street, NW
    Washington, DC 20001-4956
    Telephone: (202) 662-5581
    mschlesinger@cov.com
    jcarey@cov.com
    tpark@cov.com
    tfulham@cov.com
    kcobb@cov.com
    szaman@cov.com
    plee@cov.com

*Counsel for Plaintiffs A.P.F. et al.*
*Admitted pro hac vice*