David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs* (*Additional Counsel Listed on Signature Page*)

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs* (*Additional Counsel Listed on Signature Page*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br>**NOTICE OF DEPOSITION OF TRACY SHORT** |

|   |   |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br>Plaintiffs, <br><br>v. <br><br>United States of America, <br><br>Defendant. | No. CV-20-00065-PHX-SRB |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:** Tracy Short

**PLACE OF DEPOSITION:** Arnold & Porter LLP
601 Massachusetts Avenue, NW
Washington, D.C., 20001

**DATE OF DEPOSITION:** July 15, 2022 at 9:00 a.m. ET

The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 22nd day of June, 2022.

OSBORN MALEDON, P.A.
David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds

2

Diana E. Reiter*
Erik Walsh*
Lucy McMillan*
Harry K. Fidler*
Mark Osmond*
Kaitlyn Schaeffer*
Brian Auricchio*
Julia Kindlon*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
mark.osmond@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com
brian.auricchio@arnoldporter.com
julia.kindlon@arnoldporter.com

R. Stanton Jones*
Emily Reeder-Ricchetti*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

Sean Morris*
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
213-243-4000
sean.morris@arnoldporter.com

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

Katherine Melloy Goettel*
Emma Winger*
Gianna Borroto*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

Trina Realmuto*
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617-819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

*Attorneys for Plaintiffs C.M. et al.*
* Admitted pro hac vice

3

By: s/ *Keith Beauchamp*
   Keith Beauchamp (012434)
   D. Andrew Gaona (028414)
   COPPERSMITH BROCKELMAN PLC

   Matthew J. Schlesinger*
   Jason A. Carey*
   Terra White Fulham*
   Teresa S. Park*
   Kristin M. Cobb*
   Shadman Zaman*
   COVINGTON & BURLING LLP
   One City Center, 850 Tenth Street, NW
   Washington, DC 20001-4956
   Telephone: (202) 662-5581
   mschlesinger@cov.com
   jcarey@cov.com
   tfulham@cov.com
   tpark@cov.com
   kcobb@cov.com
   szaman@cov.com

   Norma Ventura*
   James Knoepp*
   Sharada Jambulapati*
   SOUTHERN POVERTY LAW CENTER
   P.O. Box 1287
   Decatur, GA 30031
   Telephone: (404) 521-6700
   norma.ventura@splcenter.org
   jim.knoepp@splcenter.org
   sharada.jambulapati@splcenter.org

Paul R. Chavez*
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
\* Admitted pro hac vice