Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6)** |

| | |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>  Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>  Defendant. | No. CV-19-05217-PHX-SRB |

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:** U.S. Attorney's Office for the District of Arizona

**PLACE OF DEPOSITION:** Remote

**DATE OF DEPOSITION:** July 11, 2022 at 11:00 am ET

The deposition shall be recorded by audiovisual and stenographic means. Defendant shall designate one or more of its officers, directors, agents, or other persons who consent to testify on its behalf about the topics set forth in the attached Exhibit A.

Plaintiffs request that Defendant provide Plaintiffs' counsel via email, no later than five business days prior to the deposition, with the name(s) of the person(s) who will testify on its behalf concerning the topics specified in the attached Exhibit A and the particular topics about which each named person will testify.

Respectfully submitted this 24th day of June, 2022.

OSBORN MALEDON, P.A.

By s/ *Travis C. Hunt*
  Travis C. Hunt
  David B. Rosenbaum

- 2 -

BriAnne N. Illich Meeds

ARNOLD & PORTER KAYE SCHOLER LLP
   Sean Morris*
   777 South Figueroa Street
   Los Angeles, CA 90017-5844
   sean.morris@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
   Diana Reiter*
   Erik Walsh*
   Lucy McMillan*
   250 West 55th Street
   New York, NY 10019-9710
   Telephone: (212) 836-8000
   diana.reiter@arnoldporter.com
   erik.walsh@arnoldporter.com
   lucy.mcmillan@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
   R. Stanton Jones*
   Emily Reeder-Ricchetti*
   601 Massachusetts Avenue, NW
   Washington, DC 20001
   Telephone: (202) 942-5000
   stanton.jones@arnoldporter.com
   emily.reeder-ricchetti@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
   Jonathan H. Feinberg*
   The Cast Iron Building
   718 Arch Street, Suite 501 South
   Philadelphia, PA 19106
   Telephone: (215) 925-4400
   jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
   Mark Fleming*
   224 S. Michigan Ave., Suite 600
   Chicago, IL 60604
   Telephone: (312) 660-1370
   mfleming@heartlandalliance.org

AMERICAN IMMIGRATION COUNCIL
   Trina Realmuto*
   Mary Kenney*
   10 Griggs Terrace
   Brookline, MA 02446
   Telephone: (617) 819-34447

trealmuto@immcouncil.org
mkenney@immcouncil.org

AMERICAN IMMIGRATION COUNCIL
Katherine Melloy Goettel*
Emma Winger*
Gianna Borroto*
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Telephone: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

*Attorneys for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

COPPERSMITH BROCKELMAN PLC
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kristin M. Cobb*
Shadman Zaman*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

- 4 -

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*

# EXHIBIT A
## DEFINITIONS

1. **AZ USAO.** The term "AZ USAO" refers to the United States Attorney's Office for the District of Arizona and includes all offices, departments, bureaus, divisions, officials, agents, employees, entities, or contractors of the United States Attorney's Office for the District of Arizona.

2. **Communication**. The term "Communication" means all written, oral, telephonic or other inquiries, dialogues, discussions, conversations, interviews, correspondence, consultations, negotiations, agreements, understandings, meetings, letters, notes, telegrams, advertisements, Emails and all other Documents evidencing any verbal or nonverbal interaction between or among persons and/or entities.

3. **Document**. The term "Document" includes all items listed in Rule 34(a)(1)(A) and (B) of the Federal Rules of Civil Procedure, including any electronically stored information (including Emails) or tangible thing, however produced or reproduced, and each and every electronic source or tangible or intangible thing from which information can be processed or transcribed. "Document" shall include both hard copy and electronic documents. A draft or non-identical copy is a separate Document within the meaning of this term.

4. **Email**. The term "Email" means any message found in an Email repository, including, but not limited to, Outlook PST and Lotus NSF.

5. **Plaintiffs**. The term "Plaintiff(s)" refers to the named Plaintiffs in *A.P.F., et al. v. United States*, Case No. CV-20-00065-PHX-SRB (D. Ariz.), and *C.M,. et al. v. United States*, Case No. CV-19-052170-PHX-SRB (D. Ariz.).

6. **Adult Plaintiffs.** The term "Adult Plaintiffs" refers to A.P.F., J.V.S., J.D.G., H.P.M., four of the named adult Plaintiffs in *A.P.F., et al. v. United States*, and C.M., L.G., M.R., O.A., and V.C., the named adult Plaintiffs in *C.M., et al. v. United States*.

7. **USBP.** The term "USBP" refers to the U.S. Border Patrol and includes all offices, departments, bureaus, divisions, officials, agents, employees, entities, or contractors of the U.S. Border Patrol.

## INSTRUCTIONS

All of the requirements set forth in the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Arizona apply to this deposition subpoena.

1. In responding to these Topics, You are required to furnish all information that is available to You or subject to Your reasonable inquiry, including information in the possession of Your attorneys, accountants, advisors, representatives, agents, or other persons directly or indirectly employed by, or connected with, You or Your attorneys, and anyone else otherwise subject to Your control.

2. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

3. The term "including" means "including, but not limited to," and shall be construed inclusively rather than exclusively so as to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope.

4. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope.

5. The use of the singular form of any word includes the plural and vice versa.

6. All names with one or more accent marks include those same names without accent marks and vice versa.

**DEPOSITION TOPICS**

1. Whether the Adult Plaintiffs were referred by USBP to the AZ USAO for prosecution in or around May 2018.

2. The reason or reasons why the AZ USAO did not prosecute Adult Plaintiffs in or around May 2018.

3. All Documents and/or Communications reviewed by the AZ USAO in connection with the decision not to prosecute each Adult Plaintiff.

4. Any communications between the AZ USAO and USBP regarding or referring to the Adult Plaintiffs.

5. The identity or identities of the person(s) in the AZ USAO who made the final decision not to prosecute each Adult Plaintiff, the date and time when each decision was made, and the date and time each decision was communicated to USBP.

6. Any policies, practices, procedures, directives, guidelines, or other instruction provided to anyone within the AZ USAO that impacted or informed the decision not to prosecute each Adult Plaintiff.

7. Any changes or revisions to policies, practices, procedures, directives, guidelines, or other instruction referenced in ¶ 6 made in May or June 2018.

8. Any trainings, directives, guidelines, instructions, complaints and/or concerns communicated by AZ USAO to the USBP's Yuma Sector personnel between January 1, 2017, and June 30, 2018, regarding the referral of cases for prosecutions under 8 U.S.C. § 1325.