```
 1
 2  Keith Beauchamp (012434)
    D. Andrew Gaona (028414)
 3  COPPERSMITH BROCKELMAN PLC
    2800 N. Central Avenue, Suite 1900
 4  Telephone: (602) 381-5493
    Phoenix, AZ 85004
 5  kbeauchamp@cblawyers.com
 6  stolman@cblawyers.com
    Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)
 7
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF SARA FABIAN** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:**                Sara Fabian

**PLACE OF DEPOSITION:**     Remote Electronic Platform

**DATE OF DEPOSITION:**      July 11, 2022 at 2:00 p.m. ET

The deposition shall be recorded by audiovisual and stenographic means.

1
2      RESPECTFULLY SUBMITTED this 30th day of June, 2022.
3
4
                                    By: s/ *Keith Beauchamp*
5
                                    Keith Beauchamp (012434)
6                                   D. Andrew Gaona (028414)
7                                   COPPERSMITH BROCKELMAN PLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28


Matthew J. Schlesinger*
Jason A. Carey*
Terra White Fulham*
Teresa S. Park*
Kristin M. Cobb*
Shadman Zaman*
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com

Paul R. Chavez*
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

Norma Ventura*
James Knoepp*
Sharada Jambulapati*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
\* *Admitted pro hac vice*