Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5493
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
stolman@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF AMANDA MILLER** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:**              Amanda Miller

**PLACE OF DEPOSITION:**   Remote Electronic Platform

**DATE OF DEPOSITION:**    July 12, 2022 at 9:00 a.m. ET

The deposition shall be recorded by audiovisual and stenographic means.

1 RESPECTFULLY SUBMITTED this 30th day of June, 2022.

By: *s/ Keith Beauchamp*

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC

| | | |
|---|---|---|
| 1 | | |
| 2 | Matthew J. Schlesinger* | Paul R. Chavez* |
| 3 | Jason A. Carey*<br>Terra White Fulham* | SOUTHERN POVERTY LAW CENTER<br>P.O. Box 370037 |
| 4 | Teresa S. Park*<br>Kristin M. Cobb* | Miami, FL 33137<br>Telephone: (786) 347-2056 |
| 5 | Shadman Zaman* | paul.chavez@splcenter.org |
| 6 | COVINGTON & BURLING LLP<br>One City Center, 850 Tenth Street, NW | |
| 7 | Washington, DC 20001-4956 | |
| 8 | Telephone: (202) 662-5581<br>mschlesinger@cov.com | |
| 9 | jcarey@cov.com | |
| 10 | tfulham@cov.com<br>tpark@cov.com | |
| 11 | kcobb@cov.com | |
| 12 | szaman@cov.com | |
| 13 | Norma Ventura* | |
| 14 | James Knoepp*<br>Sharada Jambulapati* | |
| 15 | SOUTHERN POVERTY LAW CENTER | |
| 16 | P.O. Box 1287<br>Decatur, GA 30031 | |
| 17 | Telephone: (404) 521-6700<br>norma.ventura@splcenter.org | |
| 18 | jim.knoepp@splcenter.org<br>sharada.jambulapati@splcenter.org | |
| 19 | | |
| 20 | *Attorneys for Plaintiffs A.P.F. et al.* | |
| 21 | * *Admitted pro hac vice* | |