```
Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5493
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
stolman@cblawyers.com
```
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB<br><br>**NOTICE OF DEPOSITION OF ANGEL ACUÑA** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:** Angel Acuña

**PLACE OF DEPOSITION:** Remote Electronic Platform

**DATE OF DEPOSITION:** July 15, 2022 at 2:00 p.m. ET

The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 30th day of June, 2022.

By: *s/ Keith Beauchamp*

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC

| | |
|---|---|
| Matthew J. Schlesinger* | Paul R. Chavez* |
| Jason A. Carey* | SOUTHERN POVERTY LAW CENTER |
| Terra White Fulham* | P.O. Box 370037 |
| Teresa S. Park* | Miami, FL 33137 |
| Kristin M. Cobb* | Telephone: (786) 347-2056 |
| Shadman Zaman* | paul.chavez@splcenter.org |
| COVINGTON & BURLING LLP | |
| One City Center, 850 Tenth Street, NW | |
| Washington, DC 20001-4956 | |
| Telephone: (202) 662-5581 | |
| mschlesinger@cov.com | |
| jcarey@cov.com | |
| tfulham@cov.com | |
| tpark@cov.com | |
| kcobb@cov.com | |
| szaman@cov.com | |

Norma Ventura*
James Knoepp*
Sharada Jambulapati*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
* *Admitted pro hac vice*