1  Keith Beauchamp (012434)
2  D. Andrew Gaona (028414)
   COPPERSMITH BROCKELMAN PLC
3  2800 N. Central Avenue, Suite 1900
   Phoenix, AZ 85004
4  Telephone: (602) 381-5493
   kbeauchamp@cblawyers.com
5  agaona@cblawyers.com
   *Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*
6

7  David B. Rosenbaum (009819)
   Travis C. Hunt (035491)
8  BriAnne N. Illich Meeds (036094)
   OSBORN MALEDON, P.A.
9  2929 North Central Avenue, 21st Floor
   Phoenix, Arizona 85012-2793
10 (602) 640-9000
   drosenbaum@omlaw.com
11 thunt@omlaw.com
   billichmeeds@omlaw.com
12 *Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

13                     **UNITED STATES DISTRICT COURT**
14                           **DISTRICT OF ARIZONA**

15 | A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., | No. CV-20-00065-PHX-SRB |
|---|---|
| Plaintiffs, | **NOTICE OF DEPOSITION OF CHRISTINE HOOPES** |
| v. | |
| United States of America, | |
| Defendant. | |

|   |   |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | No. CV-19-05217-PHX-SRB |

      Plaintiffs,

  v.

United States of America,

      Defendant.

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

  **DEPONENT:**      **Christine Hoopes**

  **PLACE OF DEPOSITION:** **Remote Electronic Platform**

  **DATE OF DEPOSITION:** **July 14, 2022 at 9:00 am ET**

The deposition shall be recorded by audiovisual and stenographic means.

Respectfully submitted this 11th day of July, 2022.

            By  s/ *Keith Beauchamp*

            COPPERSMITH BROCKELMAN PLC
              Keith Beauchamp
              D. Andrew Gaona

            COVINGTON & BURLING LLP
              Matthew J. Schlesinger*
              Jason A. Carey*
              Jennifer L. Saulino*
              Terra White Fulham*
              Teresa S. Park*

Kristin M. Cobb*
Shadman Zaman*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com

SOUTHERN POVERTY LAW CENTER
   Norma Ventura*
   James Knoepp*
   Sharada Jambulapati*
   P.O. Box 1287
   Decatur, GA 30031
   Telephone: (404) 521-6700
   norma.ventura@splcenter.org
   jim.knoepp@splcenter.org
   sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
   Paul R. Chavez*
   P.O. Box 370037
   Miami, FL 33137
   Telephone: (786) 347-2056
   paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*

By s/ *BriAnne N. Illich Meeds*

OSBORN MALEDON, P.A.
   David B. Rosenbaum
   Travis C. Hunt
   BriAnne N. Illich Meeds

ARNOLD & PORTER KAYE SCHOLER LLP
   Sean Morris*
   777 South Figueroa Street
   Los Angeles, CA 90017-5844
   sean.morris@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
   Diana Reiter*
   Erik Walsh*
   Lucy McMillan*
   Harry Fidler*
   Mark Osmond*
   Kaitlyn Schaeffer*
   Brian Auricchio*
   Julia Kindlon*
   250 West 55th Street
   New York, NY 10019-9710
   Telephone: (212) 836-8000
   diana.reiter@arnoldporter.com
   erik.walsh@arnoldporter.com
   lucy.mcmillan@arnoldporter.com
   harry.fidler@arnoldporter.com
   mark.osmond@arnoldporter.com
   kaitlyn.schaeffer@arnoldporter.com
   brian.auricchio@arnoldporter.com
   julia.kindlon@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
   R. Stanton Jones*
   David Hibey*

Case 2:20-cv-00065-SRB   Document 251   Filed 07/11/22   Page 5 of 6

Emily Reeder-Ricchetti*
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
stanton.jones@arnoldporter.com
david.hibey@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN LLP
   Jonathan H. Feinberg*
   The Cast Iron Building
   718 Arch Street, Suite 501 South
   Philadelphia, PA 19106
   Telephone: (215) 925-4400
   jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE
CENTER
   Mark Fleming*
   Mark Feldman*
   224 S. Michigan Ave., Suite 600
   Chicago, IL 60604
   Telephone: (312) 660-1370
   mfleming@heartlandalliance.org
   mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION
LITIGATION ALLIANCE
   Trina Realmuto*
   Mary Kenney*
   10 Griggs Terrace
   Brookline, MA 02446
   Telephone: (617) 819-4447
   trina@immigrationlitigation.org
   mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
   Katherine Melloy Goettel*
   Emma Winger*
   Gianna Borroto*
   1331 G Street NW, Suite 200

5

Washington, DC 20005
Telephone: (202) 507-7512
Telephone: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

*Attorneys for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*