Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF CAPTAIN JONATHAN WHITE** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:**             **Captain Jonathan White**

**PLACE OF DEPOSITION:**  **Arnold & Porter**
                          **601 Massachusetts Ave NW**
                          **Washington, D.C. 20001**

**DATE OF DEPOSITION:**   **July 13, 2022 at 9:00 am ET**

The deposition shall be recorded by audiovisual and stenographic means.

Respectfully submitted this 13th day of July, 2022.

        COPPERSMITH BROCKELMAN PLC

        By  s/ *Keith Beauchamp*
           Keith Beauchamp
           D. Andrew Gaona

        COVINGTON & BURLING LLP
           Matthew J. Schlesinger*
           Jason A. Carey*
           Jennifer L. Saulino*
           Terra White Fulham*
           Teresa S. Park*
           Kristin M. Cobb*
           Shadman Zaman*
           Stephen M. Rees*
           Paulina K. Slagter*
           One City Center, 850 Tenth Street, NW
           Washington, DC 20001-4956
           Telephone: (202) 662-5581
           mschlesinger@cov.com
           jcarey@cov.com
           jsaulino@cov.com
           tfulham@cov.com
           tpark@cov.com
           kcobb@cov.com
           szaman@cov.com
           srees@cov.com
           pslagter@cov.com

        SOUTHERN POVERTY LAW CENTER
           Norma Ventura*
           James Knoepp*
           Sharada Jambulapati*
           P.O. Box 1287
           Decatur, GA 30031
           Telephone: (404) 521-6700
           norma.ventura@splcenter.org
           jim.knoepp@splcenter.org
           sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
\* *Admitted pro hac vice*