Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF MAURO RUEDA** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

    **DEPONENT:**    Mauro Rueda

    **PLACE OF DEPOSITION:**    Remote Electronic Platform

    **DATE OF DEPOSITION:**    July 20, 2022 at 3:00 p.m. ET

The deposition shall be recorded by audiovisual and stenographic means.

Respectfully submitted this 19th day of July, 2022.

           COPPERSMITH BROCKELMAN PLC

           By  s/ *Keith Beauchamp*
             Keith Beauchamp
             D. Andrew Gaona

             COVINGTON & BURLING LLP
             Matthew J. Schlesinger*
             Jason A. Carey*
             Jennifer L. Saulino*
             Terra White Fulham*
             Teresa S. Park*
             Kristin M. Cobb*
             Shadman Zaman*
             Emily R. Woods*
             Patrick T. Lee*
             Samuel J. Greeley*
             Paulina K. Slagter*
             Stephen M. Rees*
             One City Center, 850 Tenth Street, NW
             Washington, DC 20001-4956
             Telephone: (202) 662-5581
             mschlesinger@cov.com
             jcarey@cov.com
             jsaulino@cov.com
             tfulham@cov.com
             tpark@cov.com
             kcobb@cov.com
             szaman@cov.com
             rwoods@cov.com
             plee@cov.com
             pslagter@cov.com
             sgreeley@cov.com
             srees@cov.com

             SOUTHERN POVERTY LAW CENTER
             Norma Ventura*
             James Knoepp*
             Sharada Jambulapati*
             P.O. Box 1287
             Decatur, GA 30031
             Telephone: (404) 521-6700
             norma.ventura@splcenter.org
             jim.knoepp@splcenter.org
             sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*