```
1   Keith Beauchamp (012434)
2   D. Andrew Gaona (028414)
    COPPERSMITH BROCKELMAN PLC
3   2800 N. Central Avenue, Suite 1900
    Telephone: (602) 381-5490
4   Phoenix, AZ 85004
    kbeauchamp@cblawyers.com
5   agaona@cblawyers.com
6   Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **AMENDED NOTICE OF DEPOSITION OF HENRY LUCERO** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:**          Henry Lucero

**PLACE OF DEPOSITION:**   Remote Electronic Platform

**DATE OF DEPOSITION:**    July 27, 2022 at 9:30 a.m. ET

The deposition shall be recorded by audiovisual and stenographic means.

1  RESPECTFULLY SUBMITTED this 25th day of July, 2022.

2

3

4                                                By:  s/ *Keith Beauchamp*

5      Keith Beauchamp (012434)
       D. Andrew Gaona (028414)
6      COPPERSMITH BROCKELMAN PLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2  Matthew J. Schlesinger*                Paul R. Chavez*
   Jason A. Carey*                        SOUTHERN POVERTY LAW CENTER
3  Terra White Fulham*                    P.O. Box 370037
   Teresa S. Park*                        Miami, FL 33137
4  Kristin M. Cobb*                       Telephone: (786) 347-2056
   Shadman Zaman*                         paul.chavez@splcenter.org
5
   COVINGTON & BURLING LLP
6  One City Center, 850 Tenth Street, NW
7  Washington, DC 20001-4956
8  Telephone: (202) 662-5581
   mschlesinger@cov.com
9  jcarey@cov.com
10 tfulham@cov.com
   tpark@cov.com
11 kcobb@cov.com
   szaman@cov.com
12
13 Norma Ventura*
   James Knoepp*
14 Sharada Jambulapati*
   SOUTHERN POVERTY LAW
15 CENTER
   P.O. Box 1287
16 Decatur, GA 30031
17 Telephone: (404) 521-6700
   norma.ventura@splcenter.org
18 jim.knoepp@splcenter.org
   sharada.jambulapati@splcenter.org
19
20 *Attorneys for Plaintiffs A.P.F. et al.*
   * *Admitted pro hac vice*
21
22
23
24
25
26
27
28