IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>                    Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>                    Defendant. | No. CV-19-05217-PHX-SRB<br><br>**ORDER** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>                    Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>                    Defendant. | No. CV-20-00065-PHX-SRB<br><br>**ORDER** |

1        Pending before the Court are Plaintiffs' Motion to Extend the deadline for Completion of Fact Discovery (CV 20-00065, Doc. 273) and the identical Plaintiffs' Second Motion to Extend the Deadline for Completion of Fact Discovery (CV19-05217, Doc. 270). Plaintiffs seek a 32-day extension of the fact discovery deadline in case the objections to Defendant's written discovery responses cannot be resolved among themselves.

        IT IS ORDERED denying the Motions but the Court will not refuse a discovery dispute conference requested before September 16, 2022 if the parties have unresolvable issues related to the August 12, 2022 responses to Plaintiffs' written discovery. (CV 20-00065, Doc. 273 and CV 19-05217, Doc. 270)

        Dated this 18th day of August, 2022.

_____
Susan R. Bolton
United States District Judge