|   |   |
|---|---|
| 1 | Keith Beauchamp (012434) |
| 2 | D. Andrew Gaona (028414) <br> COPPERSMITH BROCKELMAN PLC |
| 3 | 2800 N. Central Avenue, Suite 1900 <br> Phoenix, AZ 85004 |
| 4 | Telephone: (602) 381-5490 <br> kbeauchamp@cblawyers.com |
| 5 | agaona@cblawyers.com <br> *Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF MICHELLE K. LEE** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:** Michelle K. Lee

**PLACE OF DEPOSITION:** Remote Electronic Platform

**DATE OF DEPOSITION:** August 24, 2022 at 12:00 pm EST

The deposition shall be recorded by audiovisual and stenographic means.

Respectfully submitted this 22nd day of August, 2022.

        COPPERSMITH BROCKELMAN PLC

        By  s/ *Keith Beauchamp*
           Keith Beauchamp
           D. Andrew Gaona

        COVINGTON & BURLING LLP
           Matthew J. Schlesinger*
           Jason A. Carey*
           Jennifer L. Saulino*
           Terra White Fulham*
           Teresa S. Park*
           Kristin M. Cobb*
           Shadman Zaman*
           One City Center, 850 Tenth Street, NW
           Washington, DC 20001-4956
           Telephone: (202) 662-5581
           mschlesinger@cov.com
           jcarey@cov.com
           jsaulino@cov.com
           tfulham@cov.com
           tpark@cov.com
           kcobb@cov.com
           szaman@cov.com

        SOUTHERN POVERTY LAW CENTER
           Norma Ventura*
           James Knoepp*
           Sharada Jambulapati*
           P.O. Box 1287
           Decatur, GA 30031
           Telephone: (404) 521-6700
           norma.ventura@splcenter.org
           jim.knoepp@splcenter.org
           sharada.jambulapati@splcenter.org

        SOUTHERN POVERTY LAW CENTER
           Paul R. Chavez*
           P.O. Box 370037
           Miami, FL 33137
           Telephone: (786) 347-2056
           paul.chavez@splcenter.org

        *Attorneys for Plaintiffs A.P.F. et al.*
        * *Admitted pro hac vice*