David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs* (*Additional Counsel Listed on Signature Page*)

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs* (*Additional Counsel Listed on Signature Page*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF KEVIN K. MCALEENAN** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of | No. CV-20-00065-PHX-SRB |

his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,

Plaintiffs,

v.

United States of America,

Defendant.

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

| | |
|---|---|
| **DEPONENT:** | Kevin K. McAleenan |
| **PLACE OF DEPOSITION:** | Arnold & Porter Kaye Scholer<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743 |
| **DATE OF DEPOSITION:** | Sept. 13, 2022 at 9:00 a.m. ET |

The deposition shall be recorded by audiovisual and stenographic means.

DATED this 26th day of August, 2022.

2

By  s/*Keith Beauchamp*

| | |
|---|---|
| Keith Beauchamp (012434) | Paul R. Chavez* |
| D. Andrew Gaona (028414) | SOUTHERN POVERTY LAW CENTER |
| COPPERSMITH BROCKELMAN PLC | P.O. Box 370037 |
| | Miami, FL 33137 |
| | Telephone: (786) 347-2056 |
| Matthew J. Schlesinger* | paul.chavez@splcenter.org |

Jason A. Carey*
Terra White Fulham*
Teresa S. Park*
Kristin M. Cobb*
Shadman Zaman*
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com

Norma Ventura*
James Knoepp*
Sharada Jambulapati*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
\* Admitted pro hac vice

/s/ *Sean Morris*
  Sean Morris*
  Diana E. Reiter*
  Erik Walsh*
  Lucy McMillan*
  Harry K. Fidler*
  Kaitlyn Schaeffer*
  Brian E. Auricchio*
  Julia F. Kindlon*
  Arnold & Porter Kaye Scholer LLP
  250 West 55th Street
  New York, New York 10019-9710
  212-836-8000
  diana.reiter@arnoldporter.com
  erik.walsh@arnoldporter.com
  lucy.mcmillan@arnoldporter.com
  harry.fidler@arnoldporter.com
  kaitlyn.schaeffer@arnoldporter.com
  brian.auricchio@arnoldporter.com
  julia.kindlon@arnoldporter.com

  R. Stanton Jones*
  Emily Reeder-Ricchetti*
  Arnold & Porter Kaye Scholer LLP
  601 Massachusetts Avenue, NW
  Washington, DC 20001
  202-942-5000
  stanton.jones@arnoldporter.com
  emily.reeder-ricchetti@arnoldporter.com

  Trina Realmuto*
  Mary Kenney*
  National Immigration Litigation Alliance
  10 Griggs Terrace
  Brookline, MA 02446
  617-819-4447
  trina@immigrationlitigation.org
  mary@immigrationlitigation.org

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
  & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

Katherine Melloy Goettel*
Emma Winger*
Gianna Borroto*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012-2793
602-640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*Attorneys for Plaintiffs C.M. et al.*
* *Admitted pro hac vice*

4