IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **ORDER** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **ORDER** |

The Court having reviewed the Plaintiffs' First Motion to Extend Deadlines for Requesting a Discovery Dispute Conference Regarding Issues Related to the August 12, 2022, September 12, 2022, and September 14, 2022 Responses to Plaintiffs' Written Discovery, and good cause appearing,

IT IS HEREBY ORDERED that the Plaintiffs' First Motion to Extend Deadlines for Requesting a Discovery Dispute Conference Regarding Issues Related to the August 12, 2022, September 12, 2022, and September 14, 2022 Responses to Plaintiffs' Written Discovery is GRANTED as follows:

The deadline for seeking a discovery dispute conference if the parties have unresolvable issues related to the August 12, 2022, September 12, 2022, and September 14, 2022 Responses to Plaintiffs' written discovery is extended by **seven (7) days** to **September 23, 2022**.

Dated this 20th day of September, 2022.

_____
Susan R. Bolton
United States District Judge

2