Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs*
(*Additional Counsel Listed on Signature Page*)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:20-cv-00065-SRB <br><br> **JOINT REPORT ON SETTLEMENT TALKS** |

Pursuant to the Amended Case Management Order entered on March 1, 2022 [Doc. 144], as further amended by the Order entered on August 16, 2022 [Doc. 274], the parties hereby file their joint report on settlement talks.

**PLAINTIFFS' POSITION**

On December 16, 2021, without providing any explanation, Defendant informed counsel for Plaintiffs that it was unilaterally terminating global settlement discussions.

On February 4, 2022, Defendant requested that the Court include a deadline for good faith settlement discussions in the Court's amended case management order. See [Doc. 131]. Pursuant to the Parties' Second Joint Motion to Extend Deadlines for Completion of Fact Discovery and Settlement Negotiations [Doc. 274], the deadline for engaging in good faith settlement negotiations was extended to **September 23, 2022**.

On September 20, 2022, counsel for Plaintiffs sent a three-page letter to counsel for Defendant regarding settlement and indicated their willingness to engage in good faith settlement negotiations.

On September 23, 2022, counsel for Defendant responded with a two-line email that they were not in a position to make a settlement offer at this time. Defendant has never engaged in settlement discussions specifically related to Plaintiffs.

The government's response, in Plaintiff's view, does not amount to engagement in good faith settlement negotiations. Thus, unfortunately, Plaintiffs are unable to inform the Court that good faith settlement talks have been held.

**DEFENDANT'S POSITION**

The United States disagrees that it has not engaged in good faith settlement talks. The parties previously engaged in good faith settlement discussions between April and December, 2021. There remains no settlement to report. The United States disagrees with Plaintiffs that those discussions did not specifically relate to Plaintiffs. In any event, the United States remains open to further settlement discussions at a later date.

RESPECTFULLY SUBMITTED this 30th day of September 2022.

By  s/ *Keith Beauchamp*

COPPERSMITH BROCKELMAN PLC
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kristin M. Cobb*
Shadman Zaman*
Stephen Rees*
Paulina Slagter*
Samuel Greeley*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com
srees@cov.com
pslagter@cov.com
sgreeley@cov.com

Paul R. Chavez*
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

Norma Ventura*
James Knoepp*
Sharada Jambulapati*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
**Admitted pro hac vice*

BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch

/s/
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
THEODORE W. ATKINSON

3

1 | Trial Attorney
2 | IRINA M. MAJUMDAR
Trial Attorney
3 | D.C. Bar No. 252757
E-mail: phil.macwilliams@usdoj.gov
4 | U.S. Department of Justice
5 | Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
6 | Washington, DC 20044
7 | Telephone: (202) 616-4285

*Attorneys for the United States of America*