# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own half and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **ORDER** |

Pursuant to the United States' unopposed Motion to File Under Seal (ECF No. 296) (lodged at ECF Nos. 297; 297-1; 297-2; 297-3; 297-4), and good cause appearing:

IT IS HEREBY ORDERED that the Motion to File Under Seal is granted. The Clerk of the Court is directed to file under seal the lodged Reply and Exhibits.

Dated this 8th day of November, 2022.

_____
Susan R. Bolton
United States District Judge