1  David B. Rosenbaum (009819)
2  Travis C. Hunt (035491)
3  BriAnne N. Illich Meeds (036094)
   OSBORN MALEDON, P.A.
4  2929 North Central Avenue, 21st Floor
   Phoenix, Arizona 85012-2793
5  (602) 640-9000
6  drosenbaum@omlaw.com
   thunt@omlaw.com
7  billichmeeds@omlaw.com
   *Counsel for C.M. Plaintiffs* (*Additional Counsel Listed on Signature Page*)
8
9  Keith Beauchamp (012434)
   D. Andrew Gaona (028414)
10 COPPERSMITH BROCKELMAN PLC
   2800 N. Central Avenue, Suite 1900
11 Telephone: (602) 381-5490
   Phoenix, AZ 85004
12 kbeauchamp@cblawyers.com
13 agaona@cblawyers.com
   *Counsel for A.P.F. Plaintiffs* (*Additional Counsel Listed on Signature Page*)
14

15              IN THE UNITED STATES DISTRICT COURT
16                  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 17  C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | No. CV-19-05217-PHX-SRB |
| 18 | **NOTICE OF DEPOSITION OF THOMAS BLANK** |
| 19 | |
| 20 | |
| 21 | |
| 22                      Plaintiffs, | |
| 23  v. | |
| 24  United States of America, | |
| 25                      Defendant. | |
| 26 | |
| 27  A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, | No. CV-20-00065-PHX-SRB |
| 28 | |

1  M.G.; H.P.M. on his own behalf and on behalf of
2  his minor child, A.D.; M.C.L. on his own behalf
   and on behalf of his minor child, A.J.; and R.Z.G.
3  on his own behalf and on behalf of his minor
   child, B.P.,
4
5                    Plaintiffs,

6  v.

7  United States of America,

8                    Defendant.

9

10      Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and
11  through undersigned counsel, hereby give notice of the following deposition before an
12  officer authorized by law to administer oaths:
13      **DEPONENT:**    **Thomas Blank**
14      **PLACE OF DEPOSITION:**    **Arnold & Porter**
15      **601 Massachusetts Ave NW**
        **Washington, D.C. 20001**
16      **DATE OF DEPOSITION:**    **January 5, 2023 at 10:00 a.m. ET**
17      The deposition shall be recorded by audiovisual and stenographic means.
18
19  DATED this 23rd day of December, 2022.
20
21
22
23
24
25
26
27
28

2

By s/*Keith Beauchamp*

| | |
|---|---|
| Keith Beauchamp (012434) | Paul R. Chavez* |
| D. Andrew Gaona (028414) | SOUTHERN POVERTY LAW CENTER |
| COPPERSMITH BROCKELMAN PLC | P.O. Box 370037 |
| | Miami, FL 33137 |
| | Telephone: (786) 347-2056 |
| Matthew J. Schlesinger* | paul.chavez@splcenter.org |

Jason A. Carey*
Terra White Fulham*
Teresa S. Park*
Kristin M. Cobb*
Shadman Zaman*
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com

Norma Ventura*
James Knoepp*
Sharada Jambulapati*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
* *Admitted pro hac vice*

3

| | | |
|---|---|---|
| 1 | By s/*BriAnne N. Illich Meeds* | Sean Morris* |
| 2 | BriAnne N. Illich Meeds | 777 South Figueroa Street |
|  | David B. Rosenbaum | Los Angeles, CA 90017-5844 |
| 3 | Travis C. Hunt | 213-243-4222 |
| 4 | Osborn Maledon, P.A. | sean.morris@arnoldporter.com |
|  | 2929 North Central Avenue, Suite 2100 | |
| 5 | Phoenix, AZ 85012-2793 | Trina Realmuto* |
|  | 602-640-9000 | Mary Kenney* |
| 6 | drosenbaum@omlaw.com | National Immigration Litigation Alliance |
| 7 | thunt@omlaw.com | 10 Griggs Terrace |
|  | billichmeeds@omlaw.com | Brookline, MA 02446 |
| 8 |  | 617-819-4447 |
|  | Erik Walsh* | trina@immigrationlitigation.org |
| 9 | Diana E. Reiter* | mary@immigrationlitigation.org |
| 10 | Lucy McMillan* |  |
|  | Harry K. Fidler* | Jonathan H. Feinberg* |
| 11 | Kaitlyn Schaeffer* | Kairys, Rudovsky, Messing, Feinberg |
| 12 | Brian E. Auricchio* |    & Lin LLP |
|  | Julia F. Kindlon* | The Cast Iron Building |
| 13 | Arnold & Porter Kaye Scholer LLP | 718 Arch Street, Suite 501 South |
|  | 250 West 55th Street | Philadelphia, PA 19106 |
| 14 | New York, New York 10019-9710 | 215-925-4400 |
| 15 | 212-836-8000 | jfeinberg@krlawphila.com |
|  | diana.reiter@arnoldporter.com |  |
| 16 | erik.walsh@arnoldporter.com | Mark Fleming* |
| 17 | lucy.mcmillan@arnoldporter.com | Mark Feldman* |
|  | harry.fidler@arnoldporter.com | National Immigrant Justice Center |
| 18 | kaitlyn.schaeffer@arnoldporter.com | 224 S. Michigan Ave., Suite 600 |
| 19 | brian.auricchio@arnoldporter.com | Chicago, IL 60604 |
|  | julia.kindlon@arnoldporter.com | 312-660-1370 |
| 20 |  | mfleming@heartlandalliance.org |
|  | R. Stanton Jones* | mfeldman@heartlandalliance.org |
| 21 | David Hibey* |  |
| 22 | Emily Reeder-Ricchetti* | Katherine Melloy Goettel* |
|  | Arnold & Porter Kaye Scholer LLP | Emma Winger* |
| 23 | 601 Massachusetts Avenue, NW | Gianna Borroto* |
|  | Washington, DC 20001 | American Immigration Council |
| 24 | 202-942-5000 | 1331 G Street NW, Suite 200 |
| 25 | stanton.jones@arnoldporter.com | Washington, DC 20005 |
|  | david.hibey@arnoldporter.com | 202-507-7512 |
| 26 | emily.reeder-ricchetti@arnoldporter.com | 202-742-5619 |
| 27 |  | kgoettel@immcouncil.org |
|  | *Attorneys for Plaintiffs C.M. et al.* | ewinger@immcouncil.org |
| 28 | * Admitted pro hac vice | gborroto@immcouncil.org |