BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
ASHLEY R. GARMAN
Trial Attorney
N.Y. Bar No. 4904009
SARAH E. KLEIN
Trial Attorney
Florida Bar No. 119533
E-mail: Ashley.R.Garman@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 305-2609
Facsimile: (202) 616-5200
*Attorneys for the United States of America*
*(Additional Counsel Listed on Signature Page)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own half and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **JOINT MOTION FOR ENTRY OF AN ORDER DIRECTING DISCLOSURE AND PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c), counsel for the parties jointly seek an order directing Defendant's adult psychology expert, Dr. Ricardo Winkel, to disclose standardized testing material to counsel for the parties consistent with the parameters set forth in the proposed order attached hereto.

Federal Rule of Civil Procedure 26(c) states that the Court may enter a protective order upon a showing of good cause.  Fed. R. Civ. P. 26(c).  Good cause exists for the issuance of the order requested here in order to allow Defendant to fulfill its expert disclosure obligations pursuant to Federal Rule of Civil Procedure 26(a)(2)(b)(ii) and to provide Plaintiffs' counsel with all of the video and audio recordings of the Rule 35 examinations as were made pursuant to the Court's November 16, 2022 Order (ECF No. 312).  Defendant's adult psychology expert, Dr. Ricardo Winkel, views his professional and legal obligations as prohibiting the disclosure of standardized test material to non-mental health professionals.  Accordingly, so that Defendant may provide complete expert disclosures consistent with Federal Rule of Civil Procedure 26(a)(2)(b)(ii) and provide counsel with all of the video and audio recordings made pursuant to the Court's November 16, 2022 Order, the parties seek an order directing the disclosure of the standardized test material pursuant to the terms set forth in the attached proposed order.

For these reasons, the parties respectfully request that the Court enter the proposed order attached hereto directing the disclosure of standardized testing material consistent with the parameters set forth therein.

Submitted this 24th day of January, 2023.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General,
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/ Ashley R. Garman*
ASHLEY R. GARMAN
Trial Attorney
N.Y. Bar No. 4904009
SARAH E. KLEIN
Florida Bar No. 119533
E-mail: Ashley.R.Garman@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 305-2609

*Attorneys for the United States of America*


By   *s/ Keith Beauchamp*
COPPERSMITH BROCKELMAN PLC
Keith Beauchamp (012434)
D. Andrew Gaona (028414)
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kristin M. Cobb*
Shadman Zaman*
Stephen Rees*
Paulina Slagter*
Samuel Greeley*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com

3

jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kcobb@cov.com
szaman@cov.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*