Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs*

(Additional Counsel Listed on the Signature Page)

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:20-cv-00065-SRB<br><br>**JOINT REQUEST FOR CLARIFICATION REGARDING PAGE LIMITS FOR DISPOSITIVE MOTION OPPOSITION BRIEFS** |

On January 27, 2023, Plaintiffs A.P.F, J.V.S., J.D.G., H.P.M., M.C.L., and R.Z.G., on their own behalf and on behalf of their minor children, and Defendant the United States of America (collectively, the "parties") filed a joint motion seeking, in part, an enlargement of pages for the parties' dispositive motions and statements of fact pursuant to Fed. R. Civ. P. 6(b) and LRCiv 7.3 (Dkt. 351). The parties' joint motion requested, consistent with LRCiv 7.2, equal page lengths for the moving and opposing party briefs. The Court granted the parties' joint motion on January 31, 2023 (Dkt. 352), however, the Court provided the moving party 30 pages for their brief in support of their dispositive motion, while providing the opposing party 25 pages to respond. To the extent it was unclear, the parties' joint request in this matter was similar to the request the Court granted in *C.M. v. United States* (*see* Dkt. 360 in No. 2:19-cv-05217-SRB), in which the Court's order maintained equal pages for opening

and opposition briefs (*see* Dkt. 361 in 2:19-cv-05217-SRB). Accordingly, the parties jointly and respectfully request clarification regarding whether the pages allotted for the opposition briefs in this matter were intended to be fewer than the pages allotted for the briefs to which they respond.

RESPECTFULLY SUBMITTED this 9th day of February, 2023.

**COPPERSMITH BROCKELMAN PLC**

By */Keith Beauchamp*
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kathleen E. Paley*
Kavita R. Pillai*
Emily R. Woods*
Kristin M. Cobb*
Shadman Zaman*
Stephen Rees*†
Paulina Slagter*
Samuel Greeley*
Joshua Silver*
Patrick Lee*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kpaley@cov.com
kpillai@cov.com
rwoods@cov.com
kcobb@cov.com
szaman@cov.com
srees@cov.com
pslagter@cov.com
sgreeley@cov.com
jsilver@cov.com
plee@cov.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*
*† Admitted only in Illinois, not admitted in the District of Columbia, and supervised by principals of the firm.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch

By */Philip D. MacWilliams/*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285
*Attorneys for Defendant*