# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:20-cv-00065-SRB<br><br><br><br>**ORDER** |

The Court has reviewed the Joint Request for Clarification Regarding Page Limits for Dispositive Motion and Opposition Briefs .

**IT IS ORDERED** granting the Joint Request for Clarification. (Doc. 353).

**IT IS FURTHER ORDERED** that the page limits for the briefs in support of the parties' dispositive motions, as well as the parties' statements of fact in support of their dispositive motions, shall be as follows:

1. The *A.P.F.* Plaintiffs' brief in support of their dispositive motion shall be no longer than **30 pages**.  Defendant's response in opposition shall be no longer than **30 pages**.

2. The *A.P.F.* Plaintiffs' statements of fact in support of their dispositive motion shall be no longer than **25 pages**. Defendant's opposing statements of fact shall be no longer than **25 pages.**

3. Defendant's brief in support of its dispositive motion shall be no longer than **30 pages**. The *A.P.F.* Plaintiffs' response in opposition shall be no longer than **30 pages**.

4. Defendant's statements of fact in support of its dispositive motion shall be no longer than **25 pages**. The *A.P.F.* Plaintiffs' opposing statements of fact shall be no longer than **25 pages**.

5. All page limits are exclusive of exhibits.

Dated this 10th day of February, 2023.

_____
Susan R. Bolton
United States District Judge