1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **ORDER** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **ORDER** |

The Court having reviewed the United States' Unopposed Motion to Share Sealed Orders,

IT IS HEREBY ORDERED that the Unopposed Motion to Share Sealed Orders is GRANTED as follows:

The United States may share in other family separations lawsuits brought under the FTCA the following sealed orders, under the condition that they be deemed confidential information, subject to the protective orders entered by the courts in those cases: the June 16, 2022 Order Granting Motion for Judicial Determination of Privilege Claim, *C.M.* Doc. 234; *A.P.F.* Doc. 221, and the June 29, 2022 Order Granting Motion to Compel in Camera Review of Documents, *C.M.* Doc. 246; *A.P.F.* Doc. 236.

Dated this 14th day of February, 2023.

_____
Susan R. Bolton
United States District Judge