David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs*

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs*

*(Additional Counsel for Plaintiffs Listed on the Signature Page)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al. | No. 2:19-cv-05217-SRB |
| Plaintiffs, | |
| v. | **REPLY IN SUPPORT OF PLAINTIFFS' SUPPLEMENT TO MOTION FOR SANCTIONS** |
| United States of America, | |
| Defendant. | |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al. | No. 2:20-cv-00065-SRB |
| Plaintiffs, | |
| v. | |
| United States of America, | |
| Defendant. | |

1    Defendant argues that the late production of Mr. Lloyd's notes did not harm Plaintiffs

2  because the government was not required to produce them until Plaintiffs served an RFP

3  seeking the notes in July 2022.  Opp. at 3–4.  Defendant is incorrect.

4    During a discovery meet and confer on October 23, 2020, Defendant confirmed that

5  "in addition to emails and non-email ESI, relevant hard copy documents are being collected

6  from the identified custodians and produced."  Ex. A, at 2.  During that same meet and

7  confer, the parties agreed that "Plaintiffs will propose search terms, custodians, and [a] date

8  range for a supplemental HHS search and production."  *Id*.  The parties subsequently agreed

9  to additional HHS custodians, including Mr. Lloyd.  *See* Supplement at 1–2 n.2.  The

10 government produced Mr. Lloyd's ESI documents as part of MIDP.

11   During fact discovery, Defendant took the position that "once the Government has

12 completed an initial production under MIDP, its obligation to produce documents is

13 complete."  Ex. A, at 2.  "[T]o the extent that Plaintiffs s[ought] additional documents (even

14 if such documents are relevant to the parties' claims and defenses) or identif[ied] documents

15 missing from the MIDP production," Defendant asserted that "Plaintiffs are required to serve

16 RFPs to request such documents."  *Id*.  Plaintiffs "disagreed and explained that the

17 Government's obligations under MIDP were ongoing."  *Id.*

18   Plaintiffs issued the RFP at issue after Tricia Swartz, the former Associate Deputy

19 Director of the Office of Refugee Resettlement ("ORR") testified on May 24, 2022 that she

20 took handwritten notes during meetings.  *See* Ex. B, Swartz 5/24/2022 Dep. Tr. at 15:9–22.

21 Since Plaintiffs did not have those notes, Plaintiffs issued an RFP "seeking handwritten

22 notes from former and current HHS employees 'whose ESI documents were produced in

23 this matter' (which included Mr. Lloyd)."  Opp. at 3–4.  The fact that Plaintiffs believed it

24 would be more efficient to serve an RFP to obtain the notes rather than raise a MIDP dispute

25 with the Court at that time does not negate the fact that the notes should have been produced

26 two years earlier during the MIDP process.  Nor can Defendant now assert that, by serving

27 RFPs, Plaintiffs agreed that Defendant was not obligated to produce relevant documents via

28 MIDP.

1      Notably, Defendant did not produce Mr. Lloyd's notes in response to MIDP or in

2  response to the RFP.  Instead, Defendant produced the notes in February 2023, well after

3  the end of fact discovery.  *See* Opp. at 2.  While Defendant contends that the notes were

4  recently found in a "folder marked for a non-relevant subject matter," *id.*, the late production

5  of Mr. Lloyd's notes is not an isolated incident, but is rather the most recent of a series of

6  late productions that have prejudiced Plaintiffs.

7      For the foregoing reasons, Plaintiffs respectfully request that the Court grant

8  Plaintiffs' request for relief as stated in Plaintiffs' Motion for Sanctions (*C.M.* Dkt. No. 333;

9  *A.P.F.* Dkt. No. 328) and Supplement to Plaintiffs' Motion for Sanctions (*C.M.* Dkt. No.

10  367; *A.P.F.* Dkt. No. 359).

11

12  Respectfully submitted this 24th day of March, 2023.

13

14

15  OSBORN MALEDON, P.A.
    David B. Rosenbaum (009819)
16  Travis C. Hunt (035491)
    BriAnne N. Illich Meeds (036094)
17
    ARNOLD & PORTER KAYE SCHOLER LLP
18  Diana Reiter*
    Erik Walsh*
19  Lucy McMillan*
    Harry Fidler*
20  Kaitlyn Schaeffer*
    Brian Auricchio*
21  Julia Kindlon*
    Anna Kaul*
22  250 West 55th Street
    New York, NY 10019-9710
23  Telephone: (212) 836-8000
    diana.reiter@arnoldporter.com
24  erik.walsh@arnoldporter.com
    lucy.mcmillan@arnoldporter.com
25  harry.fidler@arnoldporter.com
    kaitlyn.schaeffer@arnoldporter.com
26  brian.auricchio@arnoldporter.com
    julia.kindlon@arnoldporter.com
27  anna.kaul@arnoldporter.com

28  ARNOLD & PORTER KAYE SCHOLER LLP

R. Stanton Jones*
David Hibey*
Emily Reeder-Ricchetti*
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
stanton.jones@arnoldporter.com
david.hibey@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
Sean Morris*
777 South Figueroa Street
Los Angeles, CA 90017-5844
sean.morris@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
Jonathan H. Feinberg*
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
Mark Fleming*
Mark Feldman*
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
Telephone: (312) 660-1370
mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION LITIGATION ALLIANCE
Trina Realmuto*
Mary Kenney*
10 Griggs Terrace
Brookline, MA 02446
Telephone: (617) 819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
Katherine Melloy Goettel*
Emma Winger*
Gianna Borroto*
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Telephone: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

*Attorneys for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

- 3 -

1

2    By */s/ Keith Beauchamp*
     COPPERSMITH BROCKELMAN PLC
3    Keith Beauchamp
     D. Andrew Gaona

4
     COVINGTON & BURLING LLP
5    Matthew J. Schlesinger*
     Jason A. Carey*
6    Jennifer L. Saulino*
     Terra White Fulham*
7    Teresa S. Park*
     Kathleen E. Paley*
8    Kavita R. Pillai*
     Emily R. Woods*
9    Kristin M. Cobb*
     Shadman Zaman*
10   Stephen Rees*†
     Paulina Slagter*
11   Samuel Greeley*
     Joshua Silver*
12   Patrick Lee*
     One City Center, 850 Tenth Street, NW
13   Washington, DC 20001-4956
     Telephone: (202) 662-5581
14   mschlesinger@cov.com
     jcarey@cov.com
15   jsaulino@cov.com
     tfulham@cov.com
16   tpark@cov.com
     kpaley@cov.com
17   kpillai@cov.com
     rwoods@cov.com
18   kcobb@cov.com
     szaman@cov.com
19   srees@cov.com
     pslagter@cov.com
20   sgreeley@cov.com
     jsilver@cov.com
21   plee@cov.com

22
     SOUTHERN POVERTY LAW CENTER
23   Norma Ventura*
     James Knoepp*
24   Sharada Jambulapati*
     150 E. Ponce de Leon, Suite 340
25   Decatur, GA 30030
     Telephone: (404) 521-6700
26   norma.ventura@splcenter.org
     jim.knoepp@splcenter.org
27

28

sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*
*† Admitted only in Illinois, not admitted*
*in the District of Columbia, and*
*supervised by principals of the firm.*