# EXHIBIT B

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CASE No. CV-20-00065-PHX-SRB

- - - - - - - - - - - - - - - - - - - - - - - -x

A.P.F. ON HIS OWN BEHALF AND ON BEHALF OF HIS
MINOR CHILD, O.B.; J.V.S., ON HIS OWN BEHALF
AND ON BEHALF OF HIS MINOR CHILD H.Y.; J.D.G.
ON HIS OWN BEHALF AND ON BEHALF OF HIS MINOR
CHILD, M.G.; H.P.M. ON HIS OWN BEHALF AND ON
BEHALF OF HIS MINOR CHILD, A.D.; M.C.L. ON HIS
OWN BEHALF AND ON BEHALF OF HIS MINOR CHILD,
A.J.; AND R.Z.G. ON HIS OWN BEHALF AND ON
BEHALF OF HIS MINOR CHILD, B.P.,

                    PLAINTIFFS,

          -against-

UNITED STATES OF AMERICA,


                    DEFENDANT.
- - - - - - - - - - - - - - - - - - - - - - - -x

          CONFIDENTIAL VIDEOTAPED

        DEPOSITION OF TRICIA SWARTZ

            APPEARING REMOTELY

          TUESDAY, MAY 24, 2022

              9:01 a.m.


REPORTED BY:

DANIELLE GRANT

APPEARING REMOTELY FROM RICHMOND COUNTY, NEW YORK

JOB NO.: SY4724

CONFIDENTIAL

1                    Tricia Swartz

2    documents in this litigation?

3         A    We're asked to hold documents, but

4    we don't produce them.  Others just take

5    them.

6         Q    Were you asked to collect hard

7    copy documents?

8         A    Not that I recall.

9         Q    Are you -- are you somebody who

10   takes handwritten notes when you're in

11   meetings?

12        A    Sometimes.

13        Q    Were you asked -- were you asked

14   to collect any of those handwritten notes

15   for this litigation?

16        A    So we preserve them and others do

17   take them, but I don't know if it was for

18   this litigation.

19        Q    Okay.  So you were asked to hold

20   handwritten notes related to this

21   litigation; is that correct?

22        A    Yes.

23        Q    Did you -- do you use text

24   messages to communicate about your work?

25        A    No, very rarely.

CONFIDENTIAL

Page 324

1                    Tricia Swartz

2                    CERTIFICATE

3          STATE OF NEW YORK )

4                        )ss:

5          COUNTY OF RICHMOND)

6                    I, DANIELLE GRANT, a Certified

7                    Shorthand Reporter, and Notary

8                    Public within and for the State of

9                    New York, do hereby certify:

10                   That TRICIA SWARTZ, the witness

11                   whose deposition is hereinbefore set

12                   forth, was duly sworn by me and that

13                   such deposition is a true record of

14                   the testimony given by such witness

15                   remotely.

16                   I further certify that I am not

17                   related to any of the parties to

18                   this action by blood or marriage and

19                   that I am in no way interested in

20                   the outcome of this matter.

21                   In witness whereof, I have hereunto

22                   set my hand this 27th day of May,

23                   2022.

24                   _____

                     DANIELLE GRANT

25