1   Keith Beauchamp (012434)
2   D. Andrew Gaona (028414)
    COPPERSMITH BROCKELMAN PLC
3   2800 N. Central Avenue, Suite 1900
    Phoenix, AZ 85004
4   Telephone: (602) 381-5490
5   kbeauchamp@cblawyers.com
    agaona@cblawyers.com
6   *Counsel for A.P.F. Plaintiffs*

7   *(Additional Counsel Listed on the Signature Page)*

8

9               **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF ARIZONA**

11
    A.P.F. on his own behalf and on behalf of his          No. 2:20-cv-00065-SRB
12  minor child, O.B.; et al.

13                         Plaintiffs,              **NOTICE OF FILING**
                                                   **AMENDED RULE 56.1**
14          v.                                     **CONTROVERTING AND**
                                                   **SUPPLEMENTAL**
15  United States of America,                      **STATEMENT OF FACTS IN**
                                                   **SUPPORT OF PLAINTIFFS'**
16                         Defendant.              **OPPOSITION TO**
                                                   **DEFENDANT'S MOTION FOR**
17                                                 **SUMMARY JUDGMENT**
18

19

20          On April 24, 2023 Plaintiffs A.P.F, J.V.S., J.D.G., H.P.M., M.C.L., and R.Z.G., on their

21  own behalf and on behalf of their minor children, filed their Opposition to Defendant's Motion

22  for Summary Judgment [Dkt. No. 396], Controverting Statement of Facts in Opposition to

23  Defendant's Statement of Facts in Support of Motion for Summary Judgment [Dkt. No. 398]

24  ("CSOF") and their Supplemental Statement of Facts in Opposition to Defendant's Statement

25  of Facts in Support of Motion for Summary Judgment [Dkt. No. 397] ("SSOF").  Along with

26  the publicly filed versions of the CSOF and SSOF, Plaintiffs lodged unredacted versions of

27  the CSOF and SSOF in accordance with Local Rule 5.6(d) and Section E.5 of the Stipulated

28  Protective Order.  That same day, Plaintiffs filed a Motion for Leave to Seal their Unredacted

Opposition to Defendant's Motion for Summary Judgment, the SSOF, the CSOF and certain of the accompanying Exhibits. [*See* Dkt. No. 402].

In response to questions from Defendant's counsel, the parties thereafter met and conferred as to whether the separately filed CSOF and SSOF complied with the page limits set out in LR Civ. 56.1 and this Court's Order [Dkt. No. 354]. To resolve that dispute, the parties agreed that Plaintiffs would combine their CSOF and SSOF in a single filing of no more than 25 pages and withdraw their previously filed CSOF and SSOF. Accordingly, Plaintiffs herewith file their Amended Rule 56.1 Controverting and Supplemental Statement of Facts in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment ("Amended CSOF and SSOF"). In addition, Plaintiffs are also today filing a stipulation and proposed order to withdraw their previously filed CSOF [Dkt. No. 398], SSOF [Dkt. No. 397], and Motion for Leave to Seal [Dkt. 402].

The Amended CSOF and SSOF does not include any new facts or argument. It relies on the same exhibits with the same numbering that supported Plaintiffs' separately filed SSOF. Moreover, the paragraph numbering in the Amended CSOF and SSOF is identical to that found in the separately filed CSOF and SSOF. Thus, Plaintiffs are not re-filing their Opposition to Defendant's Motion for Summary Judgment [Dkt. No. 396] because none of the record citations in the opposition have changed.

Because the Amended CSOF and SSOF contains information that has been designated as "Confidential Information" pursuant to the Stipulated Protective Order (Dkt. 45) entered in this matter, Plaintiffs are concurrently filing a Motion for Leave to Seal the Amended CSOF and SSOF and accompanying exhibits that is identical to their prior Motion for Leave to Seal [Dkt. 402].

RESPECTFULLY SUBMITTED this 2nd day of May, 2023.

**COPPERSMITH BROCKELMAN PLC**

By */Keith Beauchamp*
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kathleen E. Paley*
Kavita R. Pillai*
Kristin M. Cobb*
Shadman Zaman*
Stephen Rees*†
Paulina Slagter*
Samuel Greeley*
Joshua Silver*
Patrick Lee*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kpaley@cov.com
kpillai@cov.com
kcobb@cov.com
szaman@cov.com
srees@cov.com
pslagter@cov.com
sgreeley@cov.com
jsilver@cov.com
plee@cov.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*
*† Admitted only in Illinois, not admitted*
*in the District of Columbia, and*
*supervised by principals of the firm.*