Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs*
*(Additional Counsel for Plaintiffs Listed on the Signature Page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F., on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:20-cv-00065-PHX-SRB <br><br> **AMENDED NOTICE OF DEPOSITION OF RICARDO WINKEL, Ph.D.** |

Pursuant to Federal Rule of Civil Procedure 30(b), Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**PERSON TO BE EXAMINED:**  Ricardo Winkel, Ph.D.

**DATES AND TIMES OF DEPOSITION:**  **May 24, 2023 at 12:00 p.m. ET**

**May 25, 2023 at 12:00 p.m. ET**

| | | |
|---|---|---|
| 1 | **PLACE OF DEPOSITION:** | Covington & Burling LLP |
| 2 | | Salesforce Tower, 415 Mission Street, Suite 5400 |
| 3 | | San Francisco, CA 94105-2533 |

The deposition will be taken at the address listed above before an officer authorized by law to administer oaths. The deposition will be recorded by stenographic and audiovisual means. Should the deposition not be completed within the two days, it will continue from day to day, not including weekends and holidays, until completed.

Respectfully submitted this 10th day of May, 2023.

By /s/ Keith Beauchamp

COVINGTON & BURLING LLP
 Matthew J. Schlesinger*
 Jason A. Carey*
 Jennifer L. Saulino*
 Terra White Fulham*
 Teresa S. Park*
 Kathleen E. Paley*
 Kavita R. Pillai*
 Kristin M. Cobb*
 Shadman Zaman*
 Stephen Rees*†
 Paulina Slagter*
 Samuel Greeley*
 Joshua Silver*
 Patrick Lee*
 Abigail Perri Barnes*
 One City Center, 850 Tenth Street, NW
 Washington, DC 20001-4956
 Telephone: (202) 662-5581
 mschlesinger@cov.com
 jcarey@cov.com
 jsaulino@cov.com
 tfulham@cov.com
 tpark@cov.com
 kpaley@cov.com
 kpillai@cov.com
 kcobb@cov.com
 szaman@cov.com
 srees@cov.com
 pslagter@cov.com

COPPERSMITH BROCKELMAN PLC
 Keith Beauchamp
 D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
 Norma Ventura*
 James Knoepp*
 Sharada Jambulapati*
 150 E. Ponce de Leon, Suite 340
 Decatur, GA 30030
 Telephone: (404) 521-6700
 norma.ventura@splcenter.org
 jim.knoepp@splcenter.org
 sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
 Paul R. Chavez*
 2 S. Biscayne Boulevard, Suite 3750
 Miami, FL 33137
 Telephone: (786) 347-2056
 paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*
*† Admitted only in Illinois, not admitted in the District of Columbia, and supervised by principals of the firm.*

1  sgreeley@cov.com
2  jsilver@cov.com
   plee@cov.com
3  abarnes@cov.com
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28