IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own half and on behalf of his minor child, B.P.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:20-CV-00065-SRB<br><br>**ORDER** |

The Court having reviewed the United States' Unopposed Motion for Enlargement of Page Limits for Reply Briefs,

IT IS HEREBY ORDERED that the United States' Unopposed Motion for Enlargement of Page Limits for Reply Briefs is GRANTED. (Doc. 425) The page limit for the United States' reply in support of its motion for summary judgment (Doc. 363) is

. . .

. . .

. . .

enlarged not to exceed 18 pages, and the page limit for Plaintiffs' reply in support of their motion for partial summary judgment (Doc. 362), is enlarged not to exceed 18 pages.

Dated this 17th day of May, 2023.

_____
Susan R. Bolton
United States District Judge