Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs*

*(Additional Counsel Listed on the Signature Page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:20-cv-00065-SRB<br><br>**NOTICE OF FILING AMENDED PUBLIC VERSIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AMENDED RULE 56.1 CONTROVERTING AND SUPPLEMENTAL STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND EXHIBITS THERETO** |

On May 23, 2023, the Court ruled on Plaintiffs' Motion for Leave to Seal Unredacted Opposition to Defendant's Motion for Summary Judgment, Amended Rule 56.1 Controverting and Supplemental Statement of Facts, and Exhibits. [*See* Order, Dkt. No. 427.] The Court ordered "that Exhibits 3, 4, 6, 7, 8, 9, 10, 12, 13, 17, 25 and 26 and any references to them in Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, Amended Rule 56.1

Controverting Statement of Facts and Supplemental Statement of Facts shall be filed in the public record and not under seal." *Id.* at 6. The Court also ordered "that Defendant shall advise Plaintiffs forthwith if any personally identifiable information regarding the names and email addresses contained in the exhibits that will be filed in the public record should be redacted." *Id.*

On May 31, 2023, Defendant advised Plaintiffs of the names, email addresses, and phone numbers in Exhibits 6–10, 12–13, and 25 that Defendant believed contained personally identifiable information that should be redacted. Plaintiffs have reviewed Defendant's proposed redactions and agree that the information should be redacted in accordance with the Court's Order. Defendant did not believe that any personally identifiable information should be redacted from Exhibits 3–4, 17, and 26, and Plaintiffs agree.

Accordingly, Plaintiffs are re-filing public versions of their Opposition to Defendant's Motion for Summary Judgment (previously filed at Dkt. No. 396), Plaintiffs' Amended Rule 56.1 Controverting and Supplemental Statement of Facts in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment ("SSOF") (previously filed at Dkt. No. 406), and exhibits filed thereto. Exhibits 3, 4, 17, and 26 are unredacted in their entirety. Exhibits 6, 7, 8, 9, 10, 12, 13, and 25 redact the personally identifiable information identified by Defendant. The references in Plaintiffs' opposition brief and SSOF to the now-unredacted portions of Exhibits 3, 4, 6, 7, 8, 9, 10, 12, 13, 17, 25 and 26 are no longer redacted.

The parties previously agreed that public versions of Exhibits 36, 41, 44, and 46 should be filed with personally identifiable information redacted, and that Exhibits 16, 24, 29, 31–35, 37–40, 42–43, and 47–48 should be filed under seal; as the Court's Order only addressed the documents that the parties disputed, Plaintiffs are again filing Exhibits 36, 41, 44, and 46 in redacted form and Exhibits 16, 24, 29, 31–35, 37–40, 42–43, and 47–48 under seal. References to the redacted or sealed portions of these exhibits remain redacted in Plaintiffs' opposition brief and SSOF.

In addition, Plaintiffs intend to file a stipulation and proposed order to withdraw their previously filed public versions of their opposition brief [Dkt. No. 396] and SSOF [Dkt. No. 406].

RESPECTFULLY SUBMITTED this 7th day of June, 2023.

**COPPERSMITH BROCKELMAN PLC**

By */Keith Beauchamp*
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kathleen E. Paley*
Kavita R. Pillai*
Kristin M. Cobb*
Shadman Zaman*
Stephen Rees*
Paulina Slagter*
Samuel Greeley*
Joshua Silver*
Patrick Lee*
Abigail Perri Barnes*
Sumner Truax*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kpaley@cov.com
kpillai@cov.com
kcobb@cov.com
szaman@cov.com
srees@cov.com
pslagter@cov.com
sgreeley@cov.com
jsilver@cov.com
plee@cov.com
abarnes@cov.com
struax@cov.com

| | |
|---|---|
| 1 | |
| 2 | SOUTHERN POVERTY LAW CENTER |
|   | Norma Ventura* |
| 3 | James Knoepp* |
|   | Sharada Jambulapati* |
| 4 | 150 E. Ponce de Leon, Suite 340 |
|   | Decatur, GA 30030 |
| 5 | Telephone: (404) 521-6700 |
| 6 | norma.ventura@splcenter.org |
|   | jim.knoepp@splcenter.org |
| 7 | sharada.jambulapati@splcenter.org |

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*