Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on the Signature Page)*

Philip D. MacWilliams
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
(202) 616-4285
phil.macwilliams@usdoj.gov
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br>**JOINT REQUEST FOR A SCHEDULING CONFERENCE** |

|   |   |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.<br><br>              Plaintiffs,<br><br>              v.<br><br>United States of America,<br><br>              Defendant. | No. 2:20-cv-00065-SRB |

In light of the Court's October 24, 2023 Order denying Defendant's motion for summary judgment and granting in part and denying in part Plaintiffs' motion for partial summary judgment (*C.M.* ECF No. 434; *A.P.F.* ECF No. 443), the parties respectfully request a conference with the Court to discuss a schedule for a pre-trial conference, pre-trial submissions, and trial.

RESPECTFULLY SUBMITTED this 1st day of November, 2023.

/s/  Keith Beauchamp
Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004

*Counsel for A.P.F. Plaintiffs*


/s/  Philip D. MacWilliams
Philip D. MacWilliams
Trial Attorney
D.C. Bar No. 482883
phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4285

*Counsel for the United States of America*

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Terra White Fulham*
Teresa S. Park*
Kathleen E. Paley*
Kavita R. Pillai*
Shadman Zaman*
Stephen Rees*
Paulina Slagter*
Samuel Greeley*
Joshua Silver*
Patrick Lee*
Abigail Perri Barnes*
Sumner Truax*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tfulham@cov.com
tpark@cov.com
kpaley@cov.com
kpillai@cov.com
szaman@cov.com
srees@cov.com
pslagter@cov.com
sgreeley@cov.com
jsilver@cov.com
plee@cov.com
abarnes@cov.com
struax@cov.com

SOUTHERN POVERTY LAW CENTER
James Knoepp*
Sharada Jambulapati*
Stephanie Alvarez-Jones*
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org
stephanie.alvarezjones@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*

David B. Rosenbaum
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012-2793
*Counsel for C.M. Plaintiffs*

ARNOLD & PORTER KAYE SCHOLER LLP
Diana Reiter*
Erik Walsh*
Lucy McMillan*
Harry Fidler*
Kaitlyn Schaeffer*
Brian Auricchio*
Julia Kindlon*
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com
brian.auricchio@arnoldporter.com
julia.kindlon@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
R. Stanton Jones*
David Hibey*
Emily Reeder-Ricchetti*
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
stanton.jones@arnoldporter.com
david.hibey@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

1  ARNOLD & PORTER KAYE SCHOLER LLP
   Sean Morris*
2  777 South Figueroa Street
   Los Angeles, CA 90017-5844
3  sean.morris@arnoldporter.com

4  KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
   Jonathan H. Feinberg*
5  The Cast Iron Building
   718 Arch Street, Suite 501 South
6  Philadelphia, PA 19106
   Telephone: (215) 925-4400
7  jfeinberg@krlawphila.com

8  NATIONAL IMMIGRANT JUSTICE CENTER
   Mark Fleming*
9  Mark Feldman*
   224 S. Michigan Ave., Suite 600
10 Chicago, IL 60604
   Telephone: (312) 660-1370
11 mfleming@heartlandalliance.org
   mfeldman@heartlandalliance.org
12
   NATIONAL IMMIGRATION LITIGATION ALLIANCE
13 Trina Realmuto*
   Mary Kenney*
14 10 Griggs Terrace
   Brookline, MA 02446
15 Telephone: (617) 819-4447
   trina@immigrationlitigation.org
16 mary@immigrationlitigation.org

17 AMERICAN IMMIGRATION COUNCIL
   Katherine Melloy Goettel*
18 Emma Winger*
   Gianna Borroto*
19 1331 G Street NW, Suite 200
   Washington, DC 20005
20 Telephone: (202) 507-7512
   Telephone: (202) 742-5619
21 kgoettel@immcouncil.org
   ewinger@immcouncil.org
22 gborroto@immcouncil.org

23 *Attorneys for Plaintiffs C.M. et al.*
   *\* Admitted pro hac vice*
24

25 BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
26 Civil Division
   JAMES G. TOUHEY, JR.
27 Director, Torts Branch
   PHILIP D. MACWILLIAMS
28 Trial Attorney
   D.C. Bar No. 482883

ASHLEY R. GARMAN
Trial Attorney
N.Y. Bar No. 4904009
SARAH E. KLEIN
Trial Attorney
Florida Bar No. 119533
E-mail: Ashley.R.Garman@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 305-2609
Facsimile: (202) 616-5200

*Attorneys for the United States of America*