# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F., on his own behalf and on behalf of his minor child, O.B.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **ORDER** |

The Court having considered the Parties' Joint Notice of Conditional Settlement of Certain Plaintiffs' Claims and Stipulation to Stay Litigation Deadlines, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is Granted.

IT IS FURTHER ORDERED that the pretrial deadlines, the Final Pretrial Conference and the Trial Date are vacated as to the 2018 Plaintiffs A.P.F. and O.B., J.V.S. and H.Y., H.P.M. and A.D., and J.D.G. and M.G. only and this action is stayed as to the 2018 Plaintiffs A.P.F. and O.B., J.V.S. and H.Y., H.P.M. and A.D., and J.D.G. and M.G. only pending further stipulation or motion of the Parties or Order of the Court.

. . .

. . .

1   IT IS FURTHER ORDERED that the Parties shall provide a joint status report every 60 days to keep the Court appraised of the progress of the pending settlement.

Dated this 11th day of April, 2024.

_____
Susan R. Bolton
United States District Judge