# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F., on his own behalf and on behalf of his minor child, O.B., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB<br><br>**ORDER** |

The Court has reviewed the parties' Joint Motion for a Continuance of Trial-Related Deadlines.

IT IS ORDERED setting the Joint Motion for a Continuance of Trial-Related Deadlines for hearing on **April 16, 2024 at 10:00 a.m.** Counsel may appear in person or via Zoom. Counsel shall advise the Court by email at bolton_chambers@azd.uscourts.gov no later than **12:00 p.m., April 12, 2024** if they will be appearing via Zoom or appearing in person. This Court's staff will provide counsel with the Zoom link for said hearing.

Dated this 11th day of April, 2024.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge