DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** Susan R. Bolton      **Date:** April 16, 2024

**Case Number:** CV-20-00065-PHX-SRB

**A.P.F. et al v. United States of America**

| APPEARANCES: | Plaintiffs' Counsel | Defendant's Counsel |
|---|---|---|
| | Stephanie M. Alvarez-Jones | Walter Edward Parker |
| | Malvika Sinha | Caitlin Shirer Palacios |
| | Joshua Silver | Ari Nazarov |
| | Matthew Jay Schlesinger | Irina Maya Majumdar |
| | Stephen M. Rees | Philip Davis MacWilliams |
| | Benjamin J. Razi | Sarah Klein |
| | Teresa Sanghee Park | |
| | James Melvin Knoepp | |
| | Sharada Jambulapati | |
| | Samuel John Greeley | |
| | Terra White Fulham | |
| | Jason Andrew Carey | |
| | Keith Beauchamp | |
| | Abigail Perri Barnes | |

**MOTION HEARING:**

This is the time set for Motion Hearing re: the parties' Joint Motion for Continuance of Trial-Related Deadlines (Doc. 469). All parties appear via Zoom.

Discussion is held as to the Motion for Continuance, including the scope and length of the trial.

**IT IS ORDERED** that the trial will remain bifurcated, and the only issue to be tried at this time is liability. In the liability phase, Plaintiffs may, but are not required to, call their general causation expert if they believe that is essential to their proof of the elements of liability for both negligence and intentional infliction of emotional distress. However, Defendant may defer cross-examination of this expert until the damages phase if it wishes.

**IT IS FURTHER ORDERED** granting the Joint Motion for Continuance and continuing the deadline for lodging the Joint Proposed Pretrial Order to **Tuesday, April 23, 2024**.

**IT IS FURTHER ORDERED** that counsel shall not file proposed Findings of Fact and Conclusions of Law pre-trial. The Court will set a deadline for the filing of same after the conclusion of the liability phase.

**IT IS FURTHER ORDERED** resetting the Final Pretrial Conference to **Tuesday, April 30, 2024 at**

**10:00 a.m.** and the Bench Trial to **Monday, May 6, 2024 at 9:30 a.m.**  Counsel may appear in person or via Zoom for the Final Pretrial Conference. Counsel shall advise the Court by email at bolton_chambers@azd.uscourts.gov **no later than 12:00 PM, April 23, 2024** if they will be appearing via Zoom or appearing in person. This Court's staff will provide counsel with the Zoom link for said hearing.

Defense counsel alerts the Court and opposing counsel of a possible scheduling conflict with one of Defendant's witnesses. If necessary, witnesses may be taken out of order to accommodate scheduling conflict(s).

Counsel confirm settlement negotiations are ongoing.

Matter concludes.


Deputy Clerk: Kathy Ballard
Court Reporter: Cathy Taylor

**Start: 10:04 AM**
**Stop:   46 AM**