Keith Beauchamp (012434)
Malvika Sinha (038046)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
msinha@cblawyers.com
*Counsel for A.P.F. Plaintiffs*

(*Additional Counsel Listed on Signature Page*)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F., on his own behalf and on behalf of his minor child, O.B.; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:20-cv-00065-SRB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Orders of April 11 (ECF No. 470) and April 25, 2024 (ECF No. 479), the parties hereby submit their joint settlement status report.

On April 10, 2024, the parties reached conditional settlements to resolve the claims of Plaintiffs A.P.F., O.B., J.V.S., H.Y., J.D.G., M.G, H.P.M., and A.D.  ECF No. 468.  On April 25, 2024, the parties reached conditional settlements to resolve the claims of the remaining Plaintiffs, M.C.L., A.J., R.Z.G., and B.P.  ECF No. 478.  Since that time, the parties finalized their written settlement agreements and this Court granted Plaintiffs' unopposed motion for approval of the minors' settlements.  *See* ECF Nos. 481, 482.  The conditional settlements must now be approved by the Attorney General's designee.  Following final approval of the

settlements and payment to the Plaintiffs, the parties will present a final stipulation of dismissal for review.

Dated: June 7, 2024         Respectfully submitted,

/s/ *Keith Beauchamp*
Keith Beauchamp
Counsel for Plaintiffs


/s/ *Philip D. MacWilliams*
Philip D. MacWilliams
Counsel for Defendant

Keith Beauchamp (012434)
Malvika A. Sinha (038046)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
msinha@cblawyers.com

Benjamin J. Razi*
Matthew J. Schlesinger*
Jason A. Carey*
Terra White Fulham*
Teresa S. Park*
Kathleen E. Paley*
Shadman Zaman*
Stephen Rees*
Samuel Greeley*
Joshua Silver*
Patrick Lee*
Abigail Barnes*
Sumner Truax*
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
brazi@cov.com
mschlesinger@cov.com
jcarey@cov.com
tfulham@cov.com
tpark@cov.com
kpaley@cov.com
szaman@cov.com
srees@cov.com
sgreeley@cov.com
jsilver@cov.com
plee@cov.com
abarnes@cov.com
struax@cov.com

Bree F. Peilen*
COVINGTON & BURLING LLP
New York Times Building
620 8th Avenue
New York, NY 10018-1405
Telephone: (212) 841-1158
bpeilen@cov.com

Mariam Azhar*
COVINGTON & BURLING LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
mazhar@cov.com

James Knoepp*
Sharada Jambulapati*
Stephanie M. Alvarez-Jones*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org
stephanie.alvarezjones@splcenter.org

Paul R. Chavez*
SOUTHERN POVERTY LAW CENTER
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch

PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
E-mail: phil.macwilliams@usdoj.gov

| | |
|---|---|
| 1 | U.S. Department of Justice |
| 2 | Civil Division, Torts Branch |
|   | Benjamin Franklin Station, P.O. Box 888 |
| 3 | Washington, DC 20044 |
|   | Telephone: (202) 616-4285 |
| 4 | |
| 5 | Attorneys for the United States of America |